**CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL**

| 1. CIR./DIST./DIV. CODE<br>MAX | 2. PERSON REPRESENTED<br>Owens, Jason | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER<br>1:05-000029-001 | 4. DIST. DKT./DEF. NUMBER | | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF   (Case Name)<br>U.S. v. Owens | 8. PAYMENT CATEGORY<br>Felony | | 9. TYPE PERSON REPRESENTED<br>Adult Defendant | | 10. REPRESENTATION TYPE<br>(See Instructions)<br>Criminal Case |

**11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)** If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 1951.F -- INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE

| 12. ATTORNEY'S NAME   (First Name, M.I., Last Name, including any suffix)<br>AND MAILING ADDRESS<br>KRUPP, PETER B.<br>One McKinley Square<br>Boston MA 02109<br><br>Telephone Number:   (617) 367-1970 | 13. COURT ORDER<br>☒  O  Appointing Counsel          ☐  C  Co-Counsel<br>☐  F  Subs For Federal Defender     ☐  R  Subs For Retained Attorney<br>☐  P  Subs For Panel Attorney       ☐  Y  Standby Counsel<br><br>Prior Attorney's Name: _____<br>   Appointment Date: _____<br>☐  Because the above-named person represented has testified under oath or has<br>otherwise satisfied this court that he or she (1) is financially unable to employ counsel and<br>(2) does not wish to waive counsel, and because the interests of justice so require, the<br>attorney whose name appears in Item 12 is appointed to represent this person in this case, |
|---|---|
| 14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)<br>LURIE AND KRUPP, LLP<br>One McKinley Square<br>Boston MA 02109 | or<br>☐  Other (See Instructions)<br><br>Signature of Presiding Judicial Officer or By Order of the Court<br>_____06/17/2005_____<br>Date of Order                                    Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at<br>time of appointment.        ☐ YES     ☐ NO |

**CLAIM FOR SERVICES AND EXPENSES**          **FOR COURT USE ONLY**

| | CATEGORIES (Attach itemization of services with dates) | HOURS<br>CLAIMED | TOTAL<br>AMOUNT<br>CLAIMED | MATH/TECH<br>ADJUSTED<br>HOURS | MATH/TECH<br>ADJUSTED<br>AMOUNT | ADDITIONAL<br>REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| In court | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $          )          TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work   (Specify on additional sheets) | | | | | |
| | (Rate per hour = $          )          TOTALS: | | | | | |
| 17. | Travel Expenses   (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses   (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED) | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>FROM _____ TO _____ | | 20. APPOINTMENT TERMINATION DATE<br>IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|---|

**22. CLAIM STATUS**   ☐ Final Payment        ☐ Interim Payment Number _____        ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?        ☐ YES     ☐ NO     If yes, were you paid?        ☐ YES     ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this
representation?        ☐ YES     ☐ NO    If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____          Date: _____

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment<br>approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |