UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DENNIS QUIRK, )<br>MARTIN O'BRIEN, )<br>ARTHUR BURGESS, and )<br>JASON OWENS )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 05 CR 10183 MLW<br>Violations:<br>18 U.S.C. § 1951<br>  Conspiracy to Affect Commerce by<br>  Robbery<br>18 U.S.C. § 1951<br>  Attempt to Affect Commerce by<br>  Robbery<br>18 U.S.C. § 922(g)(1)<br>  Felon in Possession of Firearms<br>  And Ammunition<br>18 U.S.C. § 924(c)<br>  Possession of Firearms in<br>  Furtherance of a Violent Crime |

**INDICTMENT**

COUNT ONE: 18 U.S.C. § 1951 - Conspiracy to Affect Commerce
by Robbery

The Grand Jury charges that:

Between on or about a date in 2005 and on or about June 16, 2005, at Boston, Malden, and elsewhere in the District of Massachusetts,

DENNIS QUIRK,
MARTIN O'BRIEN,
ARTHUR BURGESS, and
JASON OWENS,

defendants herein, together with others known and unknown to the grand jury, did conspire to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, to wit: United States currency and other articles and commodities owned by and in the care, custody, control and possession of armored car companies, including but not limited to Loomis, Fargo & Co.,

by robbery.

## MANNER AND MEANS

It was part of the conspiracy that defendants DENNIS QUIRK, MARTIN O'BRIEN, and ARTHUR BURGESS, armed with firearms, would rob an armored car of United States currency and other articles and commodities as it was making a delivery to a bank located in the Commonwealth of Massachusetts.

It was part of the conspiracy that defendant JASON OWENS would, among other things, afford the aforesaid three defendants a location in Malden, Massachusetts to which to repair after the commission of said robbery.

## OVERT ACTS

In furtherance of the conspiracy, and to effect the objects thereof, defendants and others committed the following overt acts, among others, in Massachusetts:

1. On or about April 27, 2005, defendant JASON OWENS caused the other persons then living at the Malden rendezvous location to leave said premises in the morning so that they would not be present when defendants DENNIS QUIRK, MARTIN O'BRIEN, and ARTHUR BURGESS arrived after the commission of a planned armored car robbery.  Said robbery did not, however, occur on that date.

2. On or about May 11, 2005, defendants DENNIS QUIRK, MARTIN O'BRIEN, and ARTHUR BURGESS traveled to one or more locations in Charlestown, Massachusetts at which they intended to

perpetrate the robbery of an armored car, but said defendants decided not to carry out said robbery at that time when defendant QUIRK observed in the area what he believed to be unmarked law enforcement vehicles.

    3.  During the week of June 6, 2005, defendant DENNIS QUIRK met with defendant JASON OWENS in Charlestown, Massachusetts. Among other things, defendant QUIRK told defendant OWENS that defendant QUIRK planned to rob an armored car with defendants MARTIN O'BRIEN and ARTHUR BURGESS on or about June 16, 2005 in a location other than Charlestown, and defendant OWENS agreed to permit defendants QUIRK, O'BRIEN, and BURGESS to use a location in Malden, Massachusetts as a rendezvous point after the robbery in return for a sum of money.

    4.  On or about the late morning of June 16, 2005, defendants DENNIS QUIRK, MARTIN O'BRIEN, and ARTHUR BURGESS, armed with firearms, attempted to rob a Loomis, Fargo & Co. armored car as it attempted to make a delivery to the Citizens Bank located on Hanover Street in Boston.

    All in violation of Title 18, United States Code, Sections 1951 and 2.

COUNT TWO:      18 U.S.C. § 1951 - Attempt to Affect Commerce
                by Robbery

The Grand Jury further charges that:

On or about June 16, 2005, at Boston, and elsewhere in the District of Massachusetts,

>       DENNIS QUIRK,
>       MARTIN O'BRIEN, and
>       ARTHUR BURGESS,

defendants herein, did attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, to wit: United States currency and other articles and commodities owned by and in the care, custody, control and possession of Loomis, Fargo & Co., by robbery.

All in violation of Title 18, United States Code, Sections 1951 and 2.

COUNT THREE: 18 U.S.C. § 924(c) - Use, Carrying and Possession of Firearms During and in Relation to, and in Furtherance of, a Crime of Violence

The Grand Jury further charges that:

On or about June 16, 2005, at Boston, Everett, Malden, and elsewhere in the District of Massachusetts,

> DENNIS QUIRK,
> MARTIN O'BRIEN, and
> ARTHUR BURGESS,

defendants herein, did use and carry firearms, to wit, a Chinese, model AK47S, 7.62 x 39 mm rifle bearing serial number 8706180, a Cobray, model CM-11/Nine, 9 mm semi-automatic pistol bearing serial number 94-0014612, and a Sig Sauer, model P230, 9 mm semi-automatic pistol bearing serial number S146460, during and in relation to a crime of violence, to wit, an attempt to affect commerce by robbery, as charged in Count Two of this Indictment, and did knowingly possess said firearms in furtherance of said crime of violence.

All in violation of Title 18, United States Code, Sections 924(c) and 2.

COUNT FOUR: 18 U.S.C. § 922(g)(1)-Felon In Possession of
          Firearms and Ammunition

The Grand Jury further charges that:

   On or about dates in April and May of 2005, at Malden, in the District of Massachusetts,

                         JASON OWENS,

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: a Chinese, model AK47S, 7.62 x 39 mm rifle bearing serial number 8706180, a Cobray, model CM-11/Nine, 9 mm semi-automatic pistol bearing serial number 94-0014612, and a Sig Sauer, model P230, 9 mm semi-automatic pistol bearing serial number S146460, and various rounds of ammunition, all in and affecting commerce.

   All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

<u>COUNT FIVE</u>: 18 U.S.C. § 922(g)(1)-Felon In Possession of
            Firearms and Ammunition

The Grand Jury further charges that:

On or about June 16, 2005, at Boston, Everett, and Malden, in the District of Massachusetts,

>            DENNIS QUIRK and
>            ARTHUR BURGESS,

defendants herein, each having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: a Chinese, model AK47S, 7.62 x 39 mm rifle bearing serial number 8706180, a Cobray, model CM-11/Nine, 9 mm semi-automatic pistol bearing serial number 94-0014612, and a Sig Sauer, model P230, 9 mm semi-automatic pistol bearing serial number S146460, and various rounds of ammunition, all in and affecting commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY




_____
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY



DISTRICT OF MASSACHUSETTS; July 20, 2005

Returned into the District Court by Grand Jurors and filed.

_____
DEPUTY CLERK

12:15 p

**05 CR 10183 MLW**

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| **Place of Offense:** | Category No. II | Investigating Agency  FBI |
| City  Malden, Boston | Related Case Information: | |
| County  Middlesex, Suffolk | Superseding Ind./ Inf. _____  Case No. _____ | |
| | Same Defendant _____  New Defendant _____ | |
| | Magistrate Judge Case Number  05-029/30-LTS;05-856-MBB | |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name   Dennis Quirk                              Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   _____

Birth date:  1969     SS#:  ***-**-2824     Sex:  M     Race:  White     Nationality:  U.S.

Defense Counsel if known:  _____     Address:  _____

Bar Number:  _____

**U.S. Attorney Information:**

AUSA   Robert E. Richardson                  Bar Number if applicable   558489

Interpreter:   ☐ Yes   ☒ No       List language and/or dialect:  _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested       ☐ Regular Process       ☒ In Custody

**Location Status:**

Arrest Date:   June 16, 2005

☒ Already in Federal Custody as   pretrial detainee   in   custody of U.S. Marshal   .
☐ Already in State Custody  _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by  _____   on  _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty  _____   ☐ Misdemeanor  _____   ☒ Felony   4

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  7/20/05               Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Dennis Quirk

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 1951 | Hobbs Act Robbery Conspiracy | 1 |
| Set 2  18 U.S.C. 1951 | Hobbs Act Attempted Robbery | 2 |
| Set 3  18 U.S.C. 924(c) | Carrying Firearms During Violent Crime | 3 |
| Set 4  18 U.S.C. 922(g)(1) | Felon in Possession of Firearms and Ammunition | 5 |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS-45-Quirk-indictment.wpd - 3/13/02

✑JS 45  (5/97) - (Revised USAO MA 3/25/02)         05 cr 10183 MLW

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          Category No. __II__          Investigating Agency __FBI__

City __Malden, Boston__          **Related Case Information:**

County __Middlesex, Suffolk__

Superseding Ind./ Inf. _____          Case No. _____
Same Defendant _____          New Defendant _____
Magistrate Judge Case Number  __05-029/30-LTS;05-856-MBB__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Martin O'Brien__          Juvenile  ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date: __1970__   SS#: __***-**-1899__   Sex: __M__   Race: __White__   Nationality: __U.S.__

**Defense Counsel if known:** _____          Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Robert E. Richardson__          Bar Number if applicable __558489__

Interpreter:  ☐ Yes   ☒ No          List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes   ☒ No

☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

Arrest Date: __June 21, 2005__

☒ Already in Federal Custody as __pretrial detainee__ in __custody of U.S. Marshal__ .
☐ Already in State Custody _____          ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __7/20/05__          Signature of AUSA: _/s/ Robert E. Richardson_

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Martin O'Brien

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1951 | Hobbs Act Robbery Conspiracy | 1 |
| Set 2 | 18 U.S.C. 1951 | Hobbs Act Attempted Robbery | 2 |
| Set 3 | 18 U.S.C. 924(c) | Carrying Firearms During Violent Crime | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  _____

JS 45 (5/97) - (Revised USAO MA 3/25/02)

05 CR 10183 MLW

# Criminal Case Cover Sheet    U.S. District Court - District of Massachusetts

**Place of Offense:**    Category No. __II__    Investigating Agency __FBI__

City __Malden, Boston__    **Related Case Information:**

County __Middlesex, Suffolk__    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number __05-029/30-LTS;05-856-MBB__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Arthur Burgess__    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date: __1961__    SS#: __***-**-9788__    Sex: __M__    Race: __White__    Nationality: __U.S.__

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Robert E. Richardson__    Bar Number if applicable __558489__

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony __4__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __7/20/05__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Arthur Burgess

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. 1951 | Hobbs Act Robbery Conspiracy | 1 |
| Set 2   18 U.S.C. 1951 | Hobbs Act Attempted Robbery | 2 |
| Set 3   18 U.S.C. 924(c) | Carrying Firearms During Violent Crime | 3 |
| Set 4   18 U.S.C. 922(g)(1) | Felon in Possession of Firearms and Ammunition | 5 |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS-45-Burgess-indictment.wpd - 3/13/02

&JS 45 (5/97) - (Revised USAO MA 3/25/02)     **05 CR 10183 MLW**

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**          **Category No.** II          **Investigating Agency** FBI

**City** Malden, Boston          **Related Case Information:**

**County** Middlesex, Suffolk

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   05-029/30-LTS;05-856-MBB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Jason Owens          Juvenile  ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date: 1971   SS#: ***-**-4433   Sex: M   Race: White   Nationality: U.S.

**Defense Counsel if known:** Peter B. Krupp     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Robert E. Richardson          Bar Number if applicable   558489

Interpreter:  ☐ Yes  ☒ No     List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/20/05     Signature of AUSA: _____

05 CR 10183 MLW

JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jason Owens

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1951 | Hobbs Act Robbery Conspiracy | 1 |
| Set 2 | 18 U.S.C. 922(g)(1) | Felon in Possession of Firearms and Ammunition | 4 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS-45-Burgess-indictment.wpd - 3/13/02