UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 05-10183-MLW |
| V. | ) | |
| | ) | |
| JASON OWENS (4) | ) | |

**ASSENTED TO MOTION TO EXCLUDE TIME**

    The government hereby moves, with the assent of the defendant, to exclude from the time within which this case must otherwise be tried, the time from August 2, 2005, when the defendant was arraigned, to September 19, 2005, when the parties will next appear before the Court for an initial status conference.  As grounds therefor, the excluded time will permit the parties to complete the automatic discovery process and be in a position to participate meaningfully in the initial status conference.

                                                     Respectfully submitted,

                                                     MICHAEL J. SULLIVAN
                                                     United States Attorney

                                       By:  /s/ Timothy Q. Feeley
                                              TIMOTHY Q. FEELEY
                                              Assistant U.S. Attorney
August 2, 2005                          (617) 748-3172

ASSENTED TO:


/s/ Peter B. Krupp/TQF
PETER B. KRUPP, ESQ
Attorney for Defendant
(617) 367-1970