# LURIE & KRUPP, LLP

ONE MCKINLEY SQUARE
BOSTON, MA 02109

PETER B. KRUPP
DAVID E. LURIE

SARA A. LAROCHE
THOMAS E. LENT

TEL: (617) 367-1970
FAX: (617) 367-1971

E-MAIL: pkrupp@luriekrupp.com

August 4, 2005

By CM/ECF and First-Class Mail

Robert Richardson
Assistant U.S. Attorney
J. Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210

  Re: United States v. Owens,
    U.S.D.C. (D. Mass.) Criminal No. 05-10183-MLW

Dear Mr. Richardson:

  Please be advised that Jason Owens will not file a Waiver of Request for Disclosure, as that phrase is defined in Local Rule 116.1(B). Therefore, the government's automatic discovery is due under LR 116.1(C)(1) by August 18, 2005.

          Very truly yours,

          Peter B. Krupp

PBK:kag

cc: Jason P. Owens