UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | CRIMINAL NO. 05-10183-MLW |
| ) | |
| JASON OWENS    ) | |

DEFENDANT'S SECOND MOTION FOR LEAVE
TO FILE ADDITIONAL DOCUMENT IN SUPPORT OF HIS
MOTION FOR REVOCATION OF DETENTION ORDER

Pursuant to Local Rule 7.1(B)(3), defendant, Jason Owens, moves for leave to file an additional letter under seal in support of his motion to revoke the detention order issued by Magistrate Judge Sorokin, and to release Mr. Owens on suitable conditions. In support of this motion, Mr. Owens states that the letter filed under seal will provide additional information to the Court relevant to the issue of Mr. Owens' release.

JASON OWENS
By his attorney,

/ S /  Peter B. Krupp

Dated: September 8, 2005

Peter B. Krupp
  B.B.O. #548112
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Tel: 617-367-1970