UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                   **CRIMINAL CASE**

                                                    **NO. 05-10183-MLW**
                    V.

**JASON OWENS**
                    Defendant(s)

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a MOTION HEARING on the defendant's motion to revoke detention order **NOVEMBER 18, 2005** at 2:00 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

                                    SARAH A. THORNTON
                                    CLERK OF COURT

**November 7, 2005**              By:  /s/ Dennis O'Leary
    Date                                Deputy Clerk

**Notice to:**
(05-10081 crim-notice.wpd - 7/99)                    [ntchrgcnf.]
                                                     [kntchrgcnf.]