QUITCLAIM DEED

KNOW ALL MEN BY THESE PRESENTS that we, MAUREEN GREATOREX and PATRICK GREATOREX, husband and wife, of 25 Admiral's Way, Chelsea, Suffolk County, Massachusetts, being married, for consideration paid, and in consideration of Jason Owens' release from custody pursuant to the conditions of release set in the United States District Court for the District of Massachusetts, Criminal No. 05-10183-MLW, grant to the UNITED STATES OF AMERICA with *quitclaim covenants*

The following premises in the Admiral's Hill Condominium (the "Condominium") in Chelsea, Suffolk County, Massachusetts, a condominium established by the Grantor pursuant to the Massachusetts General Laws, Chapter 183A by Master Deed dated August 31, 1983, recorded on September 7, 1983, with the Suffolk County Registry of Deeds, Book 10524, Page 276 and filed with the Registered Land Division of said Deeds as Document No. 373500, as amended by the First Amendment to Master Deed dated January 23, 1984, and recorded in Book 10745, Page 236, and filed with the Registered Land Division of said Deeds as Document No. 377012, as further amended by the Second Amendment to Master Deed, dated March 9, 1984 and recorded with said Deeds in Book 10813, at Page 269, amended by the Third Amendment to Master Deed, dated May 9, 1984 and recorded at said Deeds in Book 10909, Page 066, and further amended by the Fourth Amendment to Master Deed, dated July 5, 1984, and recorded in said Deeds at Book 11012, Page 266. Said condominium is depicted on the Unit Plan recorded with Suffolk County Registry of Deeds, Book 11025, Pages 279-286 and is being managed and regulated by the Trustees of the Admiral's Hill Condominium Trust, under a Declaration of Trust, dated August 31, 1983, recorded on September 7, 1983, with the Suffolk County Registry of Deeds, Book 10525, Page 1, to wit: Unit No. 18 the address of which is 25 Admiral's Way, Chelsea, Massachusetts.

The unit is conveyed together with the benefit of:

1. An undivided 2.73 (%) percent interest in the Common Elements of the Condominium as the same may be changed in accordance with the Master Deed;

2. The exclusive right and easement to use parking space P18 as shown on the Condominium Site Plan;

3. The exclusive right and easement to use the deck and balcony adjacent to each unit and accessible therefrom, all as defined in the Master Deed;

4. The exclusive right and easement to use the yard area located behind the unit, said area to be of a width equal to the width of the unit and of a length of twenty-five (25) feet measured from the rear exterior wall of the building containing the unit;

5. An easement for the continuance of all encroachments by the unit, any other unit or the Common Elements existing as a result of settling of the Building, alteration or repair of the Common Elements made by or with the Trustees' consent, repair or

   restoration of the Building or a unit after damage by fire or casualty or as a result of condemnation or eminent domain proceedings;

6. An easement in common with other unit owners to use any pipes, wires, ducts, flues, cables, conduits, public utility lines and other Common Elements located in any other unit or elsewhere on the Condominium property, which serve the unit:

7. The benefit of any other rights described in the Master Deed as being appurtenant to the unit.

The Unit is conveyed subject to:

1. An easement in favor of other units and the Common Elements for the continuance of all encroachments of such other units or Common Elements into the Unit existing as a result of settling of the Building, alteration or repair of the Common Elements made by or with the Trustees' consent, repair or restoration of the Building or a unit after damage by fire or casualty or as a result of condemnation or eminent domain proceedings;

2. The provisions of the Master Deed including without limiting the generality of the foregoing. The rights, easement and restrictions referred to in Schedule A of the Master Deed and those provisions contained in paragraph 6 of the Master Deed regulating the use of the Units and Common Elements and those provisions of paragraph 7.B. of the Master Deed in which the Grantor (referred to as the Declarant in said Master Deed) reserves the right to submit additional Units and Common Elements to the Condominium and the provisions of the Declaration of Trust. Said Master Deed and Declaration of Trust may be amended from time to time by instruments recorded with said Deeds, and the provisions thereof, shall constitute covenants running with the land and shall bind any person having at any time any interest or estate in the Unit, his family, servants and visitors, as though such provisions were recited and stipulated at length herein.

   Except as may be otherwise provided in the Master Deed, the Unit shall be used only for residential dwelling purposes.

*Witness* our hands and seals this 21st day of November, 2005.

_____
Maureen Greatorex

_____
Patrick Greatorex

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                November, 21, 2005

    Then personally appeared the above-named Maureen Greatorex and Patrick Greatorex and acknowledged the foregoing instrument to be their free act and deed before me.

_____
Notary Public
My Commission Expires: 10/13/2006

NANCY M. CASHMAN
NOTARY PUBLIC
My Commission Expires Oct. 13, 2006

3