```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10183-MLW |
| ) | |
| **DENNIS QUIRK,** ) | |
| **MARTIN O'BRIEN,** ) | |
| **ARTHUR BURGESS, and** ) | |
| **JASON OWENS** ) | |

### ASSENTEND-TO MOTION TO EXCLUDE TIME

The government hereby moves, with the assent of the defendants, to exclude from the time within which this case must otherwise be tried, the time from November 8, 2005, to December 8, 2005, when the parties will next appear before the Court for a status conference.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By:  /s/ Robert E. Richardson
>      ROBERT E. RICHARDSON
>      Assistant U.S. Attorney