UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10183-MLW |
| | ) | |
| JASON OWENS | ) | |

DEFENDANT'S UNOPPOSED MOTION
TO MODIFY RELEASE CONDITIONS

     Under 18 U.S.C. § 3142(c)(3), defendant Jason Owens moves the Court (1) to direct Pretrial Services to report to the Court about the suitability of his step-father, Patrick Greatorex, and his brother's fiancé, Sandra Vieira, to perform the functions that would be required under the amended conditions requested in this motion; and (2) assuming they are determined to be suitable, to modify his release conditions to substitute Mr. Greatorex for his mother as third-party custodian, or alternate third-party custodian, while Mr. Owens' mother is in Florida; and to permit Mr. Owens to have visitors at his home either in the presence of Mr. Greatorex or Ms. Vieira, while his mother is in Florida. In support of this motion, Mr. Owens states as follows:

     On November 21, 2005, the Court released Mr. Owens on a $300,000 bond, secured by a mortgage on his mother and step-father's home in Chelsea, Massachusetts; established Mr. Owens' mother, Maureen Greatorex, as a third-party custodian; imposed a condition of home detention with electronic monitoring; and barred Mr. Owens from having visitors at his home other than when his mother is present in the home.

     Mr. Owens has been on release for the last month without incident. Since his release, Mr. Owens has been living, as directed, with his mother and his step-father.

Mr. Owens' mother is currently planning to spend three months in Florida, leaving in early January, 2006. Mr. Greatorex will remain at their home in Chelsea, traveling to Florida only once or twice for brief visits during the three-month period.

Mr. Owens wishes to have the Court permit Mr. Greatorex to serve as his third-party custodian during his mother's absence; and to permit him to have visitors when either his mother, Mr. Greatorex or Ms. Vieira (Mr. Owens' brother's fiancé) is present in the home. Mr. Owens would also be required to notify Pretrial Services in advance if both his mother and step-father are going to be out of the home for more than a 24-hour period, alerting Pretrial Services in advance to their travel schedule. These changes in Mr. Owens' release conditions would permit Mr. Owens to remain on home detention monitored electronically, and to receive sufficient in-person monitoring, while his mother is in Florida.

All other conditions of Mr. Owens' release would remain unchanged.

Mr. Owens has provided to Pretrial Services the biographical information about Patrick Greatorex and Sandra Vieira so that it can determine their suitability to serve the functions that would be required of them under the amended conditions requested in this motion.

Although the government opposed Mr. Owens' release on the present conditions and continues to believe that Mr. Owens should be detained, the government, by Assistant U.S. Attorney Robert E. Richardson, does not oppose this motion, provided that Pretrial Services determines that Patrick Greatorex and Sandra Vieira are suitable to serve the functions that would be required of them under the amended conditions requested in this motion and that Pretrial Services otherwise agrees with the proposed amended conditions.

For these reasons, Mr. Owens requests the Court (1) to direct Pretrial Services to report to the Court about the suitability of Mr. Greatorex and Ms. Vieira to perform the functions that

would be required under the amended conditions requested in this motion; and (2) assuming they are determined to be suitable, to modify his release conditions to substitute Mr. Greatorex, for his mother as third-party custodian, or alternate third-party custodian, while Mr. Owens' mother is in Florida; and to permit Mr. Owens to have visitors at his home either in the presence of Mr. Greatorex or Ms. Vieira while his mother is in Florida.

                                                  JASON OWENS
                                                  By his attorney,

                                                  / S /  Peter B. Krupp

Dated:  December 23, 2005                  Peter B. Krupp
                                                   B.B.O. #548112
                                                  Lurie & Krupp, LLP
                                                  One McKinley Square
                                                  Boston, MA  02109
                                                  Tel: 617-367-1970