```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA     )
                             )
     v.                      )   Cr. No. 05-10183-MLW
                             )
JASON OWENS                  )
```

## ORDER

WOLF, D.J.                                    January 9, 2006

In view of the December 28, 2005 report of Pretrial Services in response to the December 27, 2005 Order, it is hereby ORDERED that:

1. Defendant's Unopposed Motion to Modify Release Conditions (Docket No. 59) is ALLOWED.

2. Patrick Greatorex and Sandra Viera shall be substituted for defendant Jason Owens' mother, Maureen Greatorex, as third-party custodians for the purpose of defendant's pretrial release.

```
                        /s/ MARK L. WOLF
                   UNITED STATES DISTRICT JUDGE
```