UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br> )<br>           v.             )<br> )<br>**DENNIS QUIRK,**              )<br>**MARTIN O'BRIEN,**            )<br>**ARTHUR BURGESS, and**        )<br>**JASON OWENS**                ) | CRIMINAL NO. 05-10183-MLW |

### ASSENTEND-TO MOTION TO EXCLUDE TIME

The government hereby moves, with the assent, through counsel, of each of the defendants, to exclude from the time within which this case must otherwise be tried, the time from January 23, 2006, to and including March 20, 2006, when the parties will next appear before the Court for a status conference.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                   By:  /s/ Robert E. Richardson
                                        ROBERT E. RICHARDSON
                                        Assistant U.S. Attorney