UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**       )
                                   )
       v.                          )    CRIMINAL NO. 05-10183-MLW
                                   )
**DENNIS QUIRK,**                  )
**MARTIN O'BRIEN,**                )
**ARTHUR BURGESS, and**            )
**JASON OWENS**                    )

### MOTION TO CONTINUE STATUS CONFERENCE

    The government hereby moves to continue the status conference in this matter currently scheduled for March 20, 2006 to a date and time convenient to the Court in the afternoon of a date on or after March 28, 2006.  As grounds therefor, undersigned counsel, who is responsible for this matter, states that he is scheduled to start trial on March 20, 2006 in United States v. Robert Wyatt, Criminal No. 04-10391-NMG, and that the Hon. Nathaniel M. Gorton, who will be presiding over said trial, holds trial sessions in the afternoon as well as the morning.  The trial is currently expected to continue into early in the week of March 27, 2006.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                              By:  /s/ Robert E. Richardson
                                          ROBERT E. RICHARDSON
                                          Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    I, Robert E. Richardson, hereby certify that this documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 6, 2006.

                                                /s/Robert E. Richardson
                                                ROBERT E. RICHARDSON