UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                          ) | Criminal No. 05-10183-MLW |
| ) | |
| DENNIS QUIRK, ) | |
| MARTIN O'BRIEN, ) | |
| ARTHUR BURGESS, ) | |
| JASON OWENS, and ) | |
| PATRICK LACEY ) | |

## GOVERNMENT'S MOTION TO SEAL
## FIRST SUPERSEDING INDICTMENT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the first superseding indictment be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until the defendant Patrick Lacey is in custody in the above-captioned case and the Court has ordered the indictment unsealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

Date: April 12, 2006

*[Handwritten in left margin: 4/12/06; Allowed]*