**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )    **CRIMINAL NO. 05-10183-MLW** |
| | ) |
| **DENNIS QUIRK,** | ) |
| **MARTIN O'BRIEN,** | ) |
| **ARTHUR BURGESS,** | ) |
| **JASON OWENS, and** | ) |
| **PATRICK LACEY** | ) |

### GOVERNMENT'S MOTION TO UNSEAL

The United States hereby respectfully moves the Court to unseal the first superseding indictment and any other paperwork related to this matter. As grounds for this motion, the government states that Patrick Lacey has been taken into custody and that unsealing the indictment would accordingly be in the interest of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    ROBERT E. RICHARDSON
Assistant U.S. Attorney
(617) 748-3247

4/13/2006

ALLOWED by the Court
Mrs. B Roland