UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Violations: |
| ) | 18 U.S.C. § 1951 |
| DENNIS QUIRK, ) | Conspiracy to Affect Commerce by |
| MARTIN O'BRIEN, ) | Robbery |
| ARTHUR BURGESS, ) | 18 U.S.C. § 1951 |
| JASON OWENS, and ) | Attempt to Affect Commerce by |
| PATRICK LACEY ) | Robbery |
| ) | 18 U.S.C. § 922(g)(1) |
| ) | Felon in Possession of Firearms |
| ) | And Ammunition |
| ) | 18 U.S.C. § 924(c) |
| ) | Possession of Firearms in |
| ) | Furtherance of a Violent Crime |

**FIRST SUPERSEDING INDICTMENT**

COUNT ONE: 18 U.S.C. § 1951 – Conspiracy to Affect Commerce
by Robbery

The Grand Jury charges that:

Between on or about a date in 2005 and on or about June 16, 2005, at Boston, Malden, and elsewhere in the District of Massachusetts,

DENNIS QUIRK,
MARTIN O'BRIEN,
ARTHUR BURGESS,
JASON OWENS, and
PATRICK LACEY,

defendants herein, together with others known and unknown to the grand jury, did conspire to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, to wit: United States currency and other articles and commodities owned by and in the care, custody, control and possession of armored

car companies, including but not limited to Loomis, Fargo & Co., by robbery.

## MANNER AND MEANS

It was part of the conspiracy that defendants DENNIS QUIRK, MARTIN O'BRIEN, and ARTHUR BURGESS, armed with firearms, would rob an armored car of United States currency and other articles and commodities as it was making a delivery to a bank located in the Commonwealth of Massachusetts.

It was part of the conspiracy that defendant JASON OWENS would, among other things, afford the aforesaid three defendants a location in Malden, Massachusetts to which to repair after the commission of said robbery.

## OVERT ACTS

In furtherance of the conspiracy, and to effect the objects thereof, defendants and others committed the following overt acts, among others, in Massachusetts:

1. On or about April 27, 2005, defendant JASON OWENS caused the other persons then living at the Malden rendezvous location to leave said premises in the morning so that they would not be present when defendants DENNIS QUIRK, MARTIN O'BRIEN, and ARTHUR BURGESS arrived after the commission of a planned armored car robbery. Said robbery did not, however, occur on that date.

2. On or about May 11, 2005, defendants DENNIS QUIRK, MARTIN O'BRIEN, and ARTHUR BURGESS traveled to one or more

2

locations in Charlestown, Massachusetts at which they intended to perpetrate the robbery of an armored car, but said defendants decided not to carry out said robbery at that time when defendant QUIRK observed in the area what he believed to be unmarked law enforcement vehicles.

3. During the week of June 6, 2005, defendant DENNIS QUIRK met with defendant JASON OWENS in Charlestown, Massachusetts. Among other things, defendant QUIRK told defendant OWENS that defendant QUIRK planned to rob an armored car with defendants MARTIN O'BRIEN and ARTHUR BURGESS on or about June 16, 2005 in a location other than Charlestown, and defendant OWENS agreed to permit defendants QUIRK, O'BRIEN, and BURGESS to use a location in Malden, Massachusetts as a rendezvous point after the robbery in return for a sum of money.

4. On or about the late morning of June 16, 2005, defendants DENNIS QUIRK, MARTIN O'BRIEN, ARTHUR BURGESS, and PATRICK LACEY, armed with firearms, attempted to rob a Loomis, Fargo & Co. armored car as it attempted to make a delivery to the Citizens Bank located on Hanover Street in Boston.

All in violation of Title 18, United States Code, Sections 1951 and 2.

<u>COUNT TWO</u>:     18 U.S.C. § 1951 - Attempt to Affect Commerce by Robbery

The Grand Jury further charges that:

On or about June 16, 2005, at Boston, and elsewhere in the District of Massachusetts,

>    DENNIS QUIRK,
>    MARTIN O'BRIEN,
>    ARTHUR BURGESS, and
>    PATRICK LACEY,

defendants herein, did attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, to wit: United States currency and other articles and commodities owned by and in the care, custody, control and possession of Loomis, Fargo & Co., by robbery.

All in violation of Title 18, United States Code, Sections 1951 and 2.

COUNT THREE: 18 U.S.C. § 924(c) - Use, Carrying and Possession of Firearms During and in Relation to, and in Furtherance of, a Crime of Violence

The Grand Jury further charges that:

On or about June 16, 2005, at Boston, Everett, Malden, and elsewhere in the District of Massachusetts,

>     DENNIS QUIRK,
>     MARTIN O'BRIEN, and
>     ARTHUR BURGESS,

defendants herein, did use and carry firearms, to wit, a Chinese, model AK47S, 7.62 x 39 mm rifle bearing serial number 8706180, a Cobray, model CM-11/Nine, 9 mm pistol bearing serial number 94-0014612, and a Sig Sauer, model P230, 9 mm pistol bearing serial number S146460, during and in relation to a crime of violence, to wit, an attempt to affect commerce by robbery, as charged in Count Two of this Indictment, and did knowingly possess said firearms in furtherance of said crime of violence.

All in violation of Title 18, United States Code, Sections 924(c) and 2.

COUNT FOUR: 18 U.S.C. § 922(g)(1)-Felon In Possession of
            Firearms and Ammunition

The Grand Jury further charges that:

On or about dates in April and May of 2005, at Malden, in the District of Massachusetts,

JASON OWENS,

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: a Chinese, model AK47S, 7.62 x 39 mm rifle bearing serial number 8706180, a Cobray, model CM-11/Nine, 9 mm pistol bearing serial number 94-0014612, and a Sig Sauer, model P230, 9 mm pistol bearing serial number S146460, and various rounds of ammunition, all in and affecting commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

COUNT FIVE: 18 U.S.C. § 922(g)(1)-Felon In Possession of
            Firearms and Ammunition

The Grand Jury further charges that:

On or about June 16, 2005, at Boston, Everett, and Malden, in the District of Massachusetts,

> DENNIS QUIRK and
> ARTHUR BURGESS,

defendants herein, each having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: a Chinese, model AK47S, 7.62 x 39 mm rifle bearing serial number 8706180, a Cobray, model CM-11/Nine, 9 mm pistol bearing serial number 94-0014612, and a Sig Sauer, model P230, 9 mm pistol bearing serial number S146460, and various rounds of ammunition, all in and affecting commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

**A TRUE BILL**

[signature]
FOREPERSON OF THE GRAND JURY

[signature]
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; 4/12/- , 2006

Returned into the District Court by Grand Jurors and filed.

[signature]
DEPUTY CLERK
4:15 p.

**A TRUE BILL**

[signature]
FOREPERSON OF THE GRAND JURY

[signature]
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; 4/12/- , 2006

Returned into the District Court by Grand Jurors and filed.

[signature]
DEPUTY CLERK
4:15 p.

♨JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**         Category No. __II__         Investigating Agency __FBI__

City     __Malden, Boston__           **Related Case Information:**

County   __Middlesex, Suffolk__       Superseding Ind./ Inf.  __Yes__          Case No.  __05-10183-MLW__
                                      Same Defendant  __x__      New Defendant _____
                                      Magistrate Judge Case Number    __05-029/30-LTS;05-856-MBB__
                                      Search Warrant Case Number   _____
                                      R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   __Dennis Quirk__                              Juvenile    ☐ Yes    ☒ No

Alias Name   _____

Address   _____

Birth date: __1969__     SS#: __***-**-2824__   Sex: __M__   Race: __White__        Nationality: __U.S.__

**Defense Counsel if known:**   __Elliott Weinstein__      Address:   _____

**Bar Number:**   _____

**U.S. Attorney Information:**

AUSA   __Robert E. Richardson__                    Bar Number if applicable   __558489__

Interpreter:   ☐ Yes    ☒ No       List language and/or dialect:   _____

Matter to be SEALED:   ☒ Yes    ☐ No

☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

**Arrest Date:**   __June 16, 2005__

☒ Already in Federal Custody as   __pretrial detainee__   in   __custody of U.S. Marshal__ .
☐ Already in State Custody _____           ☐ Serving Sentence       ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____           on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  __4__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __4/12/06__         Signature of AUSA: _(signature)_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Dennis Quirk

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. 1951 | Hobbs Act Robbery Conspiracy | 1 |
| Set 2   18 U.S.C. 1951 | Hobbs Act Attempted Robbery | 2 |
| Set 3   18 U.S.C. 924(c) | Carrying Firearms During Violent Crime | 3 |
| Set 4   18 U.S.C. 922(g)(1) | Felon in Possession of Firearms and Ammunition | 5 |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS-45-Quirk-indictment.wpd - 3/13/02

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     **Category No.** II     **Investigating Agency** FBI

**City** Malden, Boston     **Related Case Information:**

**County** Middlesex, Suffolk     Superseding Ind./ Inf. Yes     Case No. 05-10183-MLW
Same Defendant  x     New Defendant
Magistrate Judge Case Number  05-029/30-LTS;05-856-MBB
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

**Defendant Name** Martin O'Brien     Juvenile  ☐ Yes  ☒ No

**Alias Name**

**Address**

**Birth date:** 1970    **SS#:** \*\*\*-\*\*-1899    **Sex:** M    **Race:** White    **Nationality:** U.S.

**Defense Counsel if known:** Timothy O'Connell     **Address:**

**Bar Number:**

**U.S. Attorney Information:**

**AUSA** Robert E. Richardson     **Bar Number if applicable** 553489

**Interpreter:** ☐ Yes ☒ No     **List language and/or dialect:**

**Matter to be SEALED:** ☒ Yes ☐ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

**Arrest Date:** June 21, 2005

☒ Already in Federal Custody as  pretrial detainee  in  custody of U.S. Marshal.
☐ Already in State Custody     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by     on

**Charging Document:**    ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**    ☐ Petty     ☐ Misdemeanor     ☒ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/12/06     **Signature of AUSA:** *[signature]*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Martin O'Brien

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 1951 | Hobbs Act Robbery Conspiracy | 1 |
| Set 2  18 U.S.C. 1951 | Hobbs Act Attempted Robbery | 2 |
| Set 3  18 U.S.C. 924(c) | Carrying Firearms During Violent Crime | 3 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS-45-O'Brien-supersede indictment.wpd - 3/13/02

%JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     Category No. __II__     Investigating Agency __FBI__

City __Malden, Boston__     **Related Case Information:**

County __Middlesex, Suffolk__     Superseding Ind./ Inf.  __Yes__     Case No. __05-10183-MLW__
Same Defendant __x__     New Defendant _____
Magistrate Judge Case Number __05-029/30-LTS:05-856-MBB__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Arthur Burgess__     Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date: __1961__    SS#: __***-**-9788__    Sex: __M__   Race: __White__    Nationality: __U.S.__

Defense Counsel if known: __Leslie Feldman-Rumpler__     Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Robert E. Richardson__     Bar Number if applicable __553489__

Interpreter:  ☐ Yes  ☒ No     List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

Arrest Date: __7/25/05__

☒ Already in Federal Custody as __pretrial detainee__ in __custody of U.S. Marshal__.
☐ Already in State Custody _____     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:     ☐ Complaint     ☐ Information     ☒ Indictment

Total # of Counts:     ☐ Petty _____     ☐ Misdemeanor _____     ☒ Felony __4__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __4/12/06__     Signature of AUSA: _(signed)_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Arthur Burgess

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 1951 | Hobbs Act Robbery Conspiracy | 1 |
| Set 2  18 U.S.C. 1951 | Hobbs Act Attempted Robbery | 2 |
| Set 3  18 U.S.C. 924(c) | Carrying Firearms During Violent Crime | 3 |
| Set 4  18 U.S.C. 922(g)(1) | Felon in Possession of Firearms and Ammunition | 5 |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS-45-Burgess-first supersede.wpd - 3/13/02

%JS 45 (5/97) - (Revised USAO MA 3/25/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __FBI__

**City** __Malden, Boston__   **Related Case Information:**

**County** __Middlesex, Suffolk__   Superseding Ind./ Inf. __Yes__   Case No. __05-10183-MLW__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number __05-029/30-LTS;05-856-MBB__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Jason Owens__   Juvenile ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date: __1971__   SS#: __***-**-4433__   Sex: __M__   Race: __White__   Nationality: __U.S.__

**Defense Counsel if known:** __Peter B. Krupp__   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Robert E. Richardson__   Bar Number if applicable __558489__

Interpreter: ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED: ☒ Yes  ☐ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date: __June 16, 2005__

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by __Chief District Judge Wolf__   on __11/17/05__

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __4/12/06__   Signature of AUSA: _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Jason Owens

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1951 | Hobbs Act Robbery Conspiracy | 1 |
| Set 2 | 18 U.S.C. 922(g)(1) | Felon in Possession of Firearms and Ammunition | 4 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS-45-Owens-indictment.wpd - 3/13/02

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Category No. **II**  Investigating Agency **FBI**

City **Malden, Boston**  Related Case Information:

County **Middlesex, Suffolk**
Superseding Ind./ Inf. **Yes**  Case No. **05-10183-MLW**
Same Defendant ___  New Defendant **x**
Magistrate Judge Case Number **05-029/30-LTS;05-856-MBB**
Search Warrant Case Number ___
R 20/R 40 from District of ___

**Defendant Information:**

Defendant Name **Patrick Lacey**  Juvenile ☐ Yes ☒ No

Alias Name ___

Address ___

Birth date: **1980**  SS#: **\*\*\*-\*\*-0019**  Sex: **M**  Race: **White**  Nationality: **U.S.**

Defense Counsel if known: ___  Address: ___

Bar Number: ___

**U.S. Attorney Information:**

AUSA **Robert E. Richardson**  Bar Number if applicable **558489**

Interpreter: ☐ Yes ☒ No  List language and/or dialect: ___

Matter to be SEALED: ☒ Yes ☐ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date: ___

☐ Already in Federal Custody as ___ in ___
☐ Already in State Custody ___  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by ___ on ___

Charging Document: ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts: ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony **2**

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **4/12/06**  Signature of AUSA: *[signature]*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Patrick Lacey _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
| --- | --- | --- |
| Set 1  18 U.S.C. 1951 | Hobbs Act Robbery Conspiracy | 1 |
| Set 2  18 U.S.C. 1951 | Hobbs Act Attempted Robbery | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____

JS-45-Lacey-indictment.wpd - 3/13/02