UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 05-CR-10183-MLW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MARTIN O'BRIEN | ) |
| | ) |

**DEFENDANT'S MOTION TO
AMEND CONDITIONS OF RELEASE**

Now comes the Defendant, Martin O'Brien, and through his attorney respectfully moves this Court to continue the arraignment on the First Superseding Indictment to May 9, 2006 at 2:00 P.M. This date sought was already scheduled as a status conference date.

All counsel were notified and no counsel indicated opposition. One attorney had already sought that date by motion which was allowed.

Respectfully submitted,
Martin O'Brien
By his attorney,

/ S / Timothy P. O'Connell

Timothy P. O'Connell
BBO #376725
C-8 Shipway Place
Charlestown Navy Yard
Charlestown, Massachusetts 02129
Tel: 617-242-4806