UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
**05cr10183-MLW**

UNITED STATES OF AMERICA

v.

MARTIN O'BRIEN
JASON OWENS
DENNIS QUIRK
ARTHUR BURGESS
PATRICK LACEY

ORDER AND
INTERIM STATUS REPORT

May 9, 2006

SOROKIN, M.J.

An Interim Status Conference was held before this court on **Tuesday March 28, 2006**, pursuant to the provisions of Local Rule 116.5(A). Based on that conference, this court enters the following report and orders.

1. The defendants are in the process of reviewing materials produced to date. No relief from L.R. 116.3 is needed at this time though future relief may be necessary.

2. The expert disclosure dates were set in the March 29, 2006 Interim Status Report.

3. The government anticipates providing further discovery in two weeks in response to an informal request from defense counsel.

4. It is premature to determine whether any defendant will file a dispositive motion.

5. In this court's view, this is not a case involving unusual or complex issues for which an early joint conference of the district judge and the magistrate judge with counsel of record would be useful.

6. In this court's view, this is not a case involving features which would warrant special attention or modification of the standard schedule, except as provided herein.

7. It is too early to determine whether a trial will be necessary or how long such a trial might last.

8. Defendants O'Brien, Lacey and Burgess have assented to the exclusion of the time from the May 9, 2006 conference until the June 7, 2006 conference. The Government shall confer with the other counsel and file a Motion to Exclude that time.

9. The status of the Speedy Trial Clock as to each defendant was reviewed in detail in the March 29, 2006 Interim Status Report. The following supplements that report.

   a. The period from May 2, 2006, the date of the original scheduled Further Interim Status Conference, and May 9, 2006 is EXCLUDED from the Speedy Trial Act in the interests of justice. Counsel for three defendants requested the change (Docket #93) without opposition from the Government. In light of the ongoing discovery in this case, which serves the interests of the defendants and the public, I find that the time shall be excluded under 18 U.S.C. § 3161.[1]

   b. Patrick Lacey was arraigned on the superceding Indictment on April 19, 2006. The time period from April 19, 2006 until May 9, 2006, as to this defendant, has been excluded by the Court. April 20, 2006 Electronic Order Allowing Docket #89.

---

The parties are hereby advised that under the provisions of Rule 2(b) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, any party may move for reconsideration by a district judge of the determination(s) and order(s) set forth herein within ten (10) days after receipt of a copy of this order, unless a different time is prescribed by this court or the district judge. The party seeking reconsideration shall file with the Clerk of this Court, and serve upon all parties, a written notice of the motion which shall specifically designate the order or part thereof to be reconsidered and the basis for the objection thereto. The district judge, upon timely motion, shall reconsider the magistrate's order and set aside any portion thereof found to be clearly erroneous in fact or contrary to law. The parties are further advised that the United States Court of Appeals for this Circuit has indicated that failure to comply with this rule shall preclude further appellate review. See Keating v. Secretary of Health and Human Services, 848 F.2d 271 (1st Cir. March 31, 1988); United States v. Emiliano Valencia-Copete, 792 F.2d 4 (1st Cir. 1986); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir. 1980); United States v. Vega, 678 F.2d 376, 378-379 (1st Cir. 1982); Scott v. Schweiker, 702 F.2d 13, 14 (1st Cir. 1983); see also Thomas v. Arn, 474 U.S. 140, 106 S. Ct. 466 (1985).

10. Accordingly, as of the time of the May 9, 2006 Interim Status Conference, as to defendant Lacey zero unexcluded days will have elapsed. As to the other defendants, the unexcluded time remains as described in the March 29, 2006 Interim Status Report.

11. **A Further Interim Status Conference has been scheduled for June 7 2006 at 2:30 p.m.**

                                        / s / Leo T. Sorokin
                                        LEO T. SOROKIN
                                        UNITED STATES MAGISTRATE JUDGE