```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10183-MLW |
| | ) | |
| **DENNIS QUIRK,** | ) | |
| **MARTIN O'BRIEN,** | ) | |
| **ARTHUR BURGESS, and** | ) | |
| **JASON OWENS** | ) | |

### ASSENTEND-TO MOTION TO EXCLUDE TIME

The government hereby moves, with the assent of each of the defendants, to exclude from the time within which this case must otherwise be tried under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., the period from May 9, 2006, to June 7, 2006, when the parties will next appear before the Court for a status conference.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 15, 2006.

/s/Robert E. Richardson
ROBERT E. RICHARDSON