UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10183-MLW |
| | ) | |
| JASON OWENS | ) | |

DEFENDANT'S ASSENTED-TO MOTION FOR LEAVE
TO FILE ADDITIONAL MEMORANDUM IN SUPPORT OF HIS
UNOPPOSED MOTION TO MODIFY HIS RELEASE CONDITIONS

Pursuant to Local Rule 7.1(B)(3), defendant, Jason Owens, moves for leave to file the short attached memorandum to bring additional facts to the Court's attention in support of his Unopposed Motion to Modify Release Conditions (Mar. 15, 2006). The government, by Assistant U.S. Attorney Robert E. Richardson, assents to this motion.

                                                    JASON OWENS
                                                    By his attorney,

                                                    / S /  Peter B. Krupp

Dated:  May 19, 2006                            Peter B. Krupp
                                                       B.B.O. #548112
                                                    Lurie & Krupp, LLP
                                                    One McKinley Square
                                                    Boston, MA  02109
                                                    Tel: 617-367-1970

CERTIFICATE OF SERVICE

    I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on May 19, 2006.

                                                    / S /  Peter B. Krupp

                                                    Peter B. Krupp

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10183-MLW |
| | ) | |
| JASON OWENS | ) | |

DEFENDANT'S SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF HIS UNOPPOSED MOTION
TO MODIFY RELEASE CONDITIONS

Defendant Jason Owens files this motion to bring to the Court's attention an additional fact relevant to his Unopposed Motion to Modify Release Conditions ("the Motion"), Docket #80, which remains pending, in which Mr. Owens requests the Court to modify his release conditions (1) to remove the conditions of home detention and electronic monitoring, and the condition that he travel to any AA or NA meeting with either his mother or any police officer approved by Pretrial Services; and (2) to direct Mr. Owens to report to Pretrial Services in person once a week and by telephone once a week, both on a schedule to be determined by Pretrial Services.

Since the filing of the Motion two months ago, Mr. Owens has lined up a job working for a painting contractor based in Dorchester. If the Court permits him to leave his home, Mr. Owens would be fully employed, doing indoor and outdoor painting at various jobs in the Boston area during normal daytime working hours.

For these reasons, and the reasons set out in his Unopposed Motion to Modify Release Conditions, Mr. Owens requests the Court (1) to remove the conditions of home detention and electronic monitoring, and the condition that he travel to any AA or NA meeting with either his mother or any police officer approved by Pretrial Services; and (2) to direct Mr. Owens to report

to Pretrial Services in person once a week and by telephone once a week, both on a schedule to be determined by Pretrial Services.

                                                     JASON OWENS
                                                     By his attorney,

                                                     / S /  Peter B. Krupp

Dated:  May 19, 2006                              Peter B. Krupp
                                                        B.B.O. #548112
                                                     Lurie & Krupp, LLP
                                                     One McKinley Square
                                                     Boston, MA  02109
                                                     Tel:  617-367-1970

CERTIFICATE OF SERVICE

      I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on May 19, 2006.

                                                   / S /  Peter B. Krupp

                                                 Peter B. Krupp