UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10183-MLW |
| | ) | |
| JASON OWENS | ) | |

DEFENDANT'S ASSENTED-TO MOTION TO MODIFY
RELEASE CONDITIONS FOR WEDDING ON JULY 15, 2006

Under 18 U.S.C. § 3142(c)(3), defendant Jason Owens moves the Court to modify his release conditions to permit him to be away from his house on July 15, 2006 from 9 a.m. to midnight to attend his brother's wedding and reception. In support of this motion, Mr. Owens states as follows:

On November 21, 2005, the Court released Mr. Owens on a $300,000 bond, secured by a mortgage on his mother and step-father's home in Chelsea, Massachusetts; established Mr. Owens' mother, Maureen Greatorex, as a third-party custodian; imposed a condition of home detention with electronic monitoring; and barred Mr. Owens from having visitors at his home other than when his mother is present in the home. On January 9, 2006, the Court enlarged its order to permit Mr. Owens' step-father, Patrick Greatorex, to serve as an alternate third-party custodian, and authorized Mr. Owens to have visitors in the presents of his mother, step-father or friend, Sandra Vieira.

Mr. Owens has now been on release for almost six months without incident. Since his release, Mr. Owens has been living, as directed, at his mother and his step-father's house.

Two months ago, on March 15, 2006, Mr. Owens filed a motion to modify his release conditions so that he could get a job and/or go to school, to live as productively as possible, and

be able to attend AA meetings regularly.  That motion, Defendant's Unopposed Motion to Modify Release Conditions (Docket #80), is pending with the Court.

On July 15, 2006, Mr. Owens' brother is getting married.  Mr. Owens would like to attend the wedding and reception.  To do so, he would need to have permission to be out of his house from 9 a.m. to midnight on July 15.  His mother and step-father, both of whom have been designated as approved third-party custodians, will be attending the events.

Although if the Court grants the relief sought in the Defendant's Unopposed Motion to Modify Release Conditions (Docket #80), this motion would be unnecessary, if the Court does not decide that motion, or does not decide it favorably to Mr. Owens, it is necessary for Mr. Owens to seek relief from the Court to be able to attend his brother's wedding and reception on July 15, 2006.

Accordingly, Mr. Owens requests the Court to permit him to be out of his house from 9 a.m. to midnight on July 15, 2006 to attend his brother's wedding and reception.

Mr. Owens' other conditions of release would remain unchanged.

The government, by Assistant U.S. Attorney Robert E. Richardson, assents to this motion.

JASON OWENS
By his attorney,

/ S /  Peter B. Krupp

Dated:  May 19, 2006

Peter B. Krupp
  B.B.O. #548112
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Tel:  617-367-1970

CERTIFICATE OF SERVICE

  I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on May 19, 2006.

        / S /  Peter B. Krupp

        Peter B. Krupp