UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10183-MLW |
| | ) | |
| JASON OWENS | ) | |

DEFENDANT'S EMERGENCY ASSENTED-TO MOTION
TO MODIFY RELEASE CONDITIONS TO PERMIT
MR. OWENS TO ATTEND WAKE FOR CLOSE FRIEND

On an emergency basis, under 18 U.S.C. § 3142(c)(3), defendant Jason Owens moves the Court to modify his release conditions to permit him to leave his home on Tuesday, May 30, 2006 at a time approved by Pretrial Services, and in the custody of his third-party custodian, to attend the wake of Philip Myers, a friend, who was like a grandfather to Mr. Owens.

Mr. Owens is presently on home detention with electronic monitoring, with permission to leave the home to attend AA meetings. The wake is scheduled from 4 p.m. to 8 p.m. on Tuesday, May 30, 2006.

All other conditions of Mr. Owens release conditions would remain unchanged.

The government, by Assistant U.S. Attorney Robert E. Richardson, assents to this motion.

JASON OWENS
By his attorney,

/ S /  Peter B. Krupp

Dated:  May 26, 2006

Peter B. Krupp
  B.B.O. #548112
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Tel: 617-367-1970

CERTIFICATE OF SERVICE

    I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on May 26, 2006.

    / S /  Peter B. Krupp

    Peter B. Krupp