UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10183 |
| ) | |
| DENNIS QUIRK, ET AL. ) | |
| ) | |

INTERIM STATUS REPORT AND MOTION TO EXCLUDE TIME

The parties hereby submit the following report in lieu of appearing at an interim status conference scheduled for June 7, 2006:

1. On May 31, the government forwarded additional discovery materials to defense counsel.

2. Counsel need additional time to complete their review of these materials prior to the interim status conference scheduled for June 7, and therefore request an additional status conference to be scheduled in mid-July at the convenience of the Court.

3. The parties move to exclude the time between June 7 and the date of the next status conference pursuant to 18 U.S.C. § 3161(h)(8)(A), on the ground that the ends of justice are served by continuing the status conference for the stated purpose, and the need for the continuance outweighs any speedy trial considerations.

                                                      Respectfully submitted,

| | |
|---|---|
| DENNIS QUIRK | JASON OWENS |
| By his attorney, | By his attorney, |
| | |
| /s/ Elliot Weinstein | /s/ Peter Krupp |
| 83 Atlantic Avenue | Lurie & Krupp, LLP |
| Boston, MA  02110 | One McKinley Square |
| | Boston, MA 02119 |

1

| | |
|---|---|
| MARTIN O'BRIEN | ARTHUR BURGESS |
| By his Attorney, | By his Attorney, |
| | |
| /s/ Timothy O'Connell | /s/ Leslie Feldman-Rumpler |
| Timothy P. O'Connell | Leslie Feldman-Rumpler |
| Attorney at Law | Attorney at Law |
| C-8 Shipyard Place | 101 Tremont Street, Ste. 708 |
| Charlestown Navy Yard | Boston, MA 02108 |
| Charlestown, MA 02129 | |
| | |
| PATRICK LACEY | MICHAEL J. SULLIVAN |
| By his Attorney, | United States Attorney, |
| | |
| /s/ Michael Andrews | /s/ Robert E. Richardson |
| Michael C. Andrews | Assistant U.S. Attorney |
| Law Offices of Michael C. Andrews | Office of the U.S. Attorney |
| 21 Custom House Street, Ste. 920 | One Courthouse Way, 9th Fl. |
| Boston, MA 02110 | Boston, MA 02210 |