```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        v.                    )    CRIMINAL NO. 05-10183-MLW
                              )
DENNIS QUIRK,                 )
MARTIN O'BRIEN,               )
ARTHUR BURGESS, and           )
JASON OWENS                   )
```

## ASSENTEND-TO MOTION TO EXCLUDE TIME

The government hereby moves, with the assent of each of the defendants, to exclude from the time within which this case must otherwise be tried under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., the period from July 12, 2006, to September 5, 2006, when the parties will next appear before the Court for a status conference.  As grounds therefor, the United States states that at the July 12 conference counsel for the defendants reported that additional time is necessary to enable the defendants to review the discovery relating to DNA analysis that the government previously provided, and thus, consistent with 18 U.S.C. §3161(h)(8)(A), the ends of justice served by continuing the matter to September 5, 2006 for such purpose outweigh the best interest of the public and the defendants in a speedy trial.

Each defendant, through counsel, has assented to the

exclusion of said period for purposes of the STA.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                     By:  /s/ Robert E. Richardson
                         ROBERT E. RICHARDSON
                         Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

    I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 12, 2006.

                                  /s/Robert E. Richardson
                                  ROBERT E. RICHARDSON