UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10183-MLW |
| | ) | |
| JASON OWENS | ) | |

DEFENDANT'S MOTION TO MODIFY
RELEASE CONDITIONS RE: OCTOBER 1, 2006

Under 18 U.S.C. § 3142(c)(3), defendant Jason Owens moves the Court to modify his release conditions to permit him to leave his home on October 1, 2006 at a time and for a duration approved by Pretrial Services to visit his father's grave in Plymouth, Massachusetts with his father's brothers. In support of this motion, Mr. Owens states as follows:

Mr. Owens is presently on home detention with electronic monitoring, with permission to leave the home to attend AA meetings.[1] Mr. Owens' uncles are planning to visit the grave of Mr. Owens' father on Sunday, October 1. Mr. Owens, who has been on home detention without incident for more than ten months, wishes to travel to Plymouth to pay his respects to his father's grave with his uncles, who make such a trip annually.

If permitted, Mr. Owens would be away from his home on October 1, 2006 only at the times authorized by Pretrial Services.

All other conditions of Mr. Owens release conditions would remain unchanged.

The undersigned has discussed this proposed modification of Mr. Owens' release conditions with Mr. Owens' Pretrial Services Officer, Christopher Wylie, but was informed that

---

[1] On March 15, 2006, Mr. Owens filed a Motion to Modify Conditions of Release (Docket #80), which sought to lift the home detention and electronic monitoring condition on Mr. Owens' release. The March 15 motion was agreeable to Pretrial Services and unopposed by the government. That motion has not yet been acted upon by the Court. In the more than six months since the March 15 motion was filed, Mr. Owens has continued to live under home detention without incident, fully compliant with his release conditions. The instant motion would be moot if the Court acted favorably on Docket #80. Mr. Owens respectfully requests the Court to allow Docket #80.

Pretrial Services no longer will authorize defense counsel to indicate Pretrial Services' position to the terms of a proposed modification of release conditions. Mr. Owens' counsel is therefore providing a copy of this motion to Mr. Wylie directly, with the request, given the time-sensitivity of this motion, that he notify the Court promptly of Pretrial Services' position on this motion.

The government, by Assistant U.S. Attorney Robert E. Richardson, assents to this motion, provided the terms of the modification of the release conditions are satisfactory with Pretrial Services.

For these reasons, Mr. Owens requests the Court to modify his release conditions to permit him to leave his home on October 1, 2006 at a time and for a duration approved by Pretrial Services.

JASON OWENS
By his attorney,

/ S / Peter B. Krupp

Dated: September 25, 2006

Peter B. Krupp
  B.B.O. #548112
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Tel: 617-367-1970

### CERTIFICATE OF SERVICE

I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 25, 2006.

/ S / Peter B. Krupp

Peter B. Krupp