UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10183-MLW |
| | ) | |
| JASON OWENS | ) | |

DEFENDANT'S SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF HIS UNOPPOSED MOTION
TO MODIFY RELEASE CONDITIONS
(LEAVE TO FILE GRANTED ON SEPT. 26, 2006)

Defendant Jason Owens files this motion to bring to the Court's attention an additional fact relevant to his Unopposed Motion to Modify Release Conditions ("the Motion"), Docket #80, which remains pending, in which Mr. Owens requests the Court to modify his release conditions (1) to remove the conditions of home detention and electronic monitoring, and the condition that he travel to any AA or NA meeting with either his mother or any police officer approved by Pretrial Services; and (2) to direct Mr. Owens to report to Pretrial Services in person once a week and by telephone once a week, both on a schedule to be determined by Pretrial Services.

Since the filing of the Motion two months ago, Mr. Owens has lined up a job working for a painting contractor based in Dorchester. If the Court permits him to leave his home, Mr. Owens would be fully employed, doing indoor and outdoor painting at various jobs in the Boston area during normal daytime working hours.

For these reasons, and the reasons set out in his Unopposed Motion to Modify Release Conditions, Mr. Owens requests the Court (1) to remove the conditions of home detention and electronic monitoring, and the condition that he travel to any AA or NA meeting with either his mother or any police officer approved by Pretrial Services; and (2) to direct Mr. Owens to report

to Pretrial Services in person once a week and by telephone once a week, both on a schedule to be determined by Pretrial Services.

                                              JASON OWENS
                                              By his attorney,

                                              / S /  Peter B. Krupp

Dated: May 19, 2006                          Peter B. Krupp
                                                 B.B.O. #548112
                                              Lurie & Krupp, LLP
                                              One McKinley Square
                                              Boston, MA  02109
                                              Tel: 617-367-1970

CERTIFICATE OF SERVICE

     I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on September 26, 2006.

                                              / S /  Peter B. Krupp

                                              Peter B. Krupp