UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 05-10183-MLW |
| ) | |
| DENNIS QUIRK, ) | |
| MARTIN O'BRIEN, ) | |
| ARTHUR BURGESS, and ) | |
| JASON OWENS ) | |

**ASSENTED-TO MOTION TO EXCLUDE TIME**

The government hereby moves, with the assent of each of the defendants, to exclude from the time within which this case must otherwise be tried under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., the period from September 5, 2006 to November 14, 2006, when the parties will next appear before the Court for a status conference. As grounds therefor, the United States states that at the September 5 conference counsel for the defendants reported that additional time is necessary to enable the defendants to review and consult regarding the discovery relating to DNA analysis, and thus, consistent with 18 U.S.C. §3161(h)(8)(A), the ends of justice served by continuing the matter to November 14, 2006 for such purpose outweigh the best interest of the public and the defendants in a speedy trial.

The defendants, through counsel, have assented to the

exclusion of said period for purposes of the STA.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                    By:  /s/ Robert E. Richardson
                          ROBERT E. RICHARDSON
                          Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 2, 2006.

                                      /s/Robert E. Richardson
                                      ROBERT E. RICHARDSON