UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
**05cr10183-MLW**

UNITED STATES OF AMERICA

v.

MARTIN O'BRIEN
JASON OWENS
DENNIS QUIRK
ARTHUR BURGESS
PATRICK LACEY

**ORDER AND
INTERIM STATUS REPORT**

November 15, 2006

SOROKIN, M.J.

An Interim Status Conference was held before this court on **Tuesday November 14, 2006**, pursuant to the provisions of Local Rule 116.5(A). Based on that conference, this court enters the following report and orders.

1. Defendants served a discovery letter on Monday November 13, 2006. The time for filing such letters has now passed and there is no identified need or request for relief from L.R. 116.3.

2. The expert disclosure dates were set in the March 29, 2006 Interim Status Report.

3. The government anticipates providing lab documents within seven days of the conference and, within the same time period, copies of certain documents previously made available. The government shall respond to the defendants' discovery letter by November 27, 2006.

4. It is premature to determine whether any defendant will file a dispositive motion.

5.  In this court's view, this is not a case involving unusual or complex issues for which an early joint conference of the district judge and the magistrate judge with counsel of record would be useful.

6.  In this court's view, this is not a case involving features which would warrant special attention or modification of the standard schedule, except as provided herein or in earlier orders.

7.  It is too early to determine whether a trial will be necessary or how long such a trial might last.

8.  Defendants O'Brien, Lacey and Burgess have assented to the exclusion of the time from the May 9, 2006 conference until the June 7, 2006 conference. The Government shall confer with the other counsel and file a Motion to Exclude that time.

9.  The status of the Speedy Trial Clock as to each defendant was reviewed in detail in the March 29, 2006 Interim Status Report and again in the May 9, 2006. The following supplements those reports.

    a.  The period from the Interim Status Conference on May 9, 2006 until the next scheduled status conference on June 7, 2006 has been excluded by May 16, 2006 electronic order allowing the Assented to Motion (Dockete #99).
    b.  The period from the scheduled conference on June 7, 2006 until July 12, 2006 when the conference was held has been excluded by a June 9, 2006 electronic order allowing the parties' request to change the date (docket#105).
    c.  The period from the July 12, 2006 status conference until the September 5, 2006 status conference has been excluded by a July 17, 2006 electronic order allowing the Assented to Motion to Exclude (docket #106).
    d.  The period from the September 5, 2006 status conference until the November 14, 2006 status conference has been excluded by a November 3, 2006 electronic order allowing the Assented to Motion (Docket #122).
    e.  With the agreement of the parties, this court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(8) and Section 6(b)(8) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective July 1, 1980), that the interests of justice, i.e., evaluation of discovery and response to the defendants' request for further discovery, outweighs the best

      interests of the public and the defendant for a trial within seventy days of the return of an indictment.

  f. Accordingly, it is hereby ordered that, the Clerk of this Court enter excludable time for the period of November 14, 2006 until November 30, 2006 is EXCLUDED from the Speedy Trial Act.

10. Accordingly, as of the time of the Interim or Final Status Conference on November 30, 2006, as to defendant Lacey zero unexcluded days will have elapsed. As to the other defendants, the unexcluded time remains as described in the March 29, 2006 Interim Status Report.

11. **An Interim or Final Status Conference has been scheduled for November 30, 2006. Attorney Krupp is excused from the conference as he stated he is not a party to the November 13, 2006 discovery letter resolution of which is all that remains.**

       / s / Leo T. Sorokin
       LEO T. SOROKIN
       UNITED STATES MAGISTRATE JUDGE