UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 05-10183-MLW |
| | ) | |
| DENNIS QUIRK (1), | ) | |
| MARTIN O'BRIEN (2), | ) | |
| ARTHUR BURGESS (3), | ) | |
| JASON OWENS (4), and | ) | |
| PATRICK LACEY (5) | ) | |

## MOTION TO ENLARGE TIME

The United States of America respectfully moves that the time for the government to respond to defendant Martin O'Brien's discovery letter, filed November 13, 2006, be enlarged by one days, to and including November 28, 2006.  As grounds therefor, undersigned counsel, who is responsible for the prosecution of this matter, states that he unexpectedly was absent from the office for two days during the week of November 20, 2006 handling a family matter out of state; that said week also included a legal holiday (Thanksgiving); and that the additional day will permit counsel to finalize the response to defendant O'Brien's letter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Suffolk, ss.                          Boston, Massachusetts
                                      November 27, 2006

    I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 27, 2006.

                              /s/Robert E. Richardson
                              ROBERT E. RICHARDSON
                              Assistant U.S. Attorney