UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
**05cr10183-MLW**

UNITED STATES OF AMERICA

v.

MARTIN O'BRIEN
JASON OWENS
DENNIS QUIRK
ARTHUR BURGESS
PATRICK LACEY

### REPORT AND ORDER ON
### INTERIM STATUS CONFERENCE

November 30, 2006

SOROKIN, M.J.

A further Interim Status Conference was held before this court on **November 30, 2006.** The United States reported that it anticipates producing at least one or two additional documents within the next seven days. Defendants reported they are evaluating the United States' response to the November 13, 2006 discovery request letter. The parties are in discussion regarding portions of the United States' response to the letter in attempt to resolve some matters raised therein. Accordingly, as previously Ordered the defendants shall file any discovery motions no later than **December 14, 2006.** The United States' opposition is due on December 28, 2006. A further status conference is scheduled for **December 19, 2006 at 2:30 p.m.** The parties have agreed to exclude the time from November 30, 2006 until December 19, 2006 from the Speedy Trial Act. The United States shall file an assented to Motion for the Court's consideration.

/ s / Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE