UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIM. NO. 05-1018322-MLW |
| v. ) | |
| ) | |
| DENNIS QUIRK, ET AL ) | |
| ) | |

ASSENTED MOTION TO CONTINUE STATUS CONFERENCE

The defendant, Arthur Burgess, with the assent of all parties, hereby moves this Honorable Court to continue the status conference presently scheduled for January 5, 2007, to January 9. 2007.   In support of this motion, the defendant states that counsel has a scheduling conflict on January 5, and all counsel are available on January 9.

WHEREFORE, the defendant respectfully requests this Honorable Court to appoint interim counsel to continue the status conference to January 9, 2007.

                                                                                                 Respectfully submitted,

                                                                                                 ARTHUR BURGESS
                                                                                                 By his Attorney,

                                                                                               /s/ Leslie Feldman-Rumpler
                                                                                                Leslie Feldman-Rumpler, Esq.
                                                                                                101 Tremont Street, Ste. 708
                                                                                                Boston, MA  02108

ASSENTED:

| | |
|---|---|
| DENNIS QUIRK | MARTIN O'BRIEN |
| By his Attorney, | BY his Attorney, |
| | |
| /s/ Elliot Weinstein (LFR) | /s/ Timothy O'Connell (LFR) |
| Elliot Weinstein, Esq. | Timothy O'Connell, Esq. |
| 83 Atlantic Avenue | C-8 Shipway Place |
| Boston, MA  02110 | Charlestown Navy Yard |
| | Charlestown, MA  02129 |

| | |
|---|---|
| PATRICK LACEY<br>By his Attorney, | MICHAEL SULLIVAN<br>United States Attorney, |
| /s/ Robert Sheketoff (LFR)<br>Robert Sheketoff, Esq.<br>One McKinley Square<br>Boston, MA  02109 | /s/ Robert Richardson (LFR)<br>AUSA Robert Richardson<br>U.S. Attorney's Office<br>One Courthouse Way, 9th Floor<br>Boston, MA  02210 |