UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**           CRIMINAL CASE

                                     **NO.** 05-10183-MLW

V.

**DENNIS QUIRK et al**
       Defendant(s)

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for an INITIAL PRETRIAL CONFERENCE on **JANUARY 30, 2007** at 11:00 A.M. before Chief Judge Wolf in Courtroom # 10 on the 5th floor.

                                     SARAH A. THORNTON
                                     CLERK OF COURT

**January 18, 2007**          By:    /s/ Dennis O'Leary
     Date                          Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                  [ntchrgcnf.]
                                       [kntchrgcnf.]