UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10183

United States
    PLAINTIFF

Robert Richardson

COUNSEL FOR PLAINTIFF

Dennis Quirk, Martin O'Brien
Arthur Burgess, Jason Owens and
Patrick Lacey
    DEFENDANT

Elliot Weinstein, Timothy O'Connell
Leslie Feldman-Rumpler, Peter Krupp
and Robert Sheketoff

COUNSEL FOR DEFENDANT

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

CLERK'S NOTES

| DATES: | Pretrial Conference Held |
|---|---|
| 1/30/07 | Government summarizes the case for the court. Parties estimate that a trial will last approximately 3 weeks. Defendant Lacey requests a filing date for any motion to suppress. Any motion to suppress or motion in limine to challenge DNA evidence shall be filed by 2.23.2007. Responses shall be field by 3.9.07. Trial shall commence as to all defendants on April 2, 2007 at 9:00 am. Parties shall confer and report by 2.16.07 whether a trial will be needed. Court excludes all time from today to 4.2.07 from the speedy trial act. Pretrial order to issue. |