# LURIE & KRUPP, LLP

ONE MCKINLEY SQUARE
BOSTON, MA 02109

PETER B. KRUPP
DAVID E. LURIE

KAREN E. FRIEDMAN
SARA A. LAROCHE
THOMAS E. LENT

TEL: (617) 367-1970
FAX: (617) 367-1971
E-MAIL: pkrupp@luriekrupp.com



February 16, 2007

By Hand

The Honorable Mark L. Wolf
United States District Court
J. Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:  United States v. Jason Owens,
     Criminal No. 05-10183-MLW

Dear Chief Judge Wolf:

Pursuant to paragraph 12 of the Court's Pretrial Order dated January 30, 2007, I am writing to inform you that it is very likely that my client, Jason Owens, will not go forward with a trial. We are currently in discussions about the terms of a plea agreement.

Very truly yours,

Peter B. Krupp

PBK:kag

cc:  Jason P. Owens
     AUSA Robert E. Richardson (by hand)