UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | CRIM. NO. 05-10183-MLW |
| ) | |
| DENNIS QUIRK, ) | |
| MARTIN O'BRIEN, ) | |
| ARTHUR BURGESS, ) | |
| JASON OWENS, and ) | |
| PATRICK LACEY ) | |

## MOTION FOR A PROTECTIVE ORDER

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Robert E. Richardson, Assistant U.S. Attorney, and hereby moves for the entry of a Protective Order in the above-referenced case. Specifically, the government, which today produced approximately 1060 pages of documents to the defendants, stands ready to produce an additional 22 pages in the form of redacted copies of psychological examinations pertaining to two prospective witnesses, and seeks an order of this Court providing that such materials may be disclosed only as necessary in connection with the litigation of this matter and otherwise shall be sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/Robert E. Richardson
ROBERT E. RICHARDSON
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

  I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 23, 2007.

              /s/Robert E. Richardson
              ROBERT E. RICHARDSON