UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA )
                         )
         V.              )    CRIMINAL NO. 05-10183-MLW
                         )
DENNIS QUIRK     (1)     )
MARTIN O'BRIEN   (2)     )
ARTHUR BURGESS   (3)     )
JASON OWENS      (4), and)
PATRICK LACEY    (5)     )
```

APPEARANCE OF GOVERNMENT COUNSEL

The undersigned Assistant U.S. Attorney hereby appears as counsel in this case and asks to be added to the docket for purposes of receiving electronic notices in this case.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

                    By: /s/ Timothy Q. Feeley
                       TIMOTHY Q. FEELEY
February 26, 2007        Assistant U.S. Attorney
                       (617) 748-3172

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by electronic filing notice.

                        /s/ Timothy Q. Feeley
                        TIMOTHY Q. FEELEY
                        Assistant U.S. Attorney