UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES**         )  |   |
|       )  |   |
|    v.         )  | CRIM. NO. 05-10183-MLW |
|       )  |   |
| **DENNIS QUIRK,**          )  | **FILED UNDER SEAL** |
| **MARTIN O'BRIEN,**        )  | **PLEASE DO NOT SCAN** |
| **ARTHUR BURGESS,**        )  |   |
| **JASON OWENS, and**       )  |   |
| **PATRICK LACEY**          )  |   |

### MOTION FOR ENLARGEMENT OF TIME

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Timothy Q. Feeley and Robert E. Richardson, Assistant U.S. Attorneys, and hereby moves that its time to file motions in limine be enlarged from March 2, 2007 to and including March 9, 2007.

                                      Respectfully submitted,
                                      MICHAEL J. SULLIVAN
                                      United States Attorney

            By:   /s/Robert E. Richardson
                   TIMOTHY Q. FEELEY
                   ROBERT E. RICHARDSON
                   Assistant United States Attorneys


### CERTIFICATE OF SERVICE

    I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 2, 2007.


                                      /s/Robert E. Richardson
                                      ROBERT E. RICHARDSON

Case 1:05-cr-10183-MLW   Document 171   Filed 03/02/2007   Page 2 of 2