# LURIE & KRUPP, LLP

ONE MCKINLEY SQUARE
BOSTON, MA 02109

PETER B. KRUPP
DAVID E. LURIE

KAREN E. FRIEDMAN
SARA A. LAROCHE
THOMAS E. LENT

TEL: (617) 367-1970
FAX: (617) 367-1971

E-MAIL: pkrupp@luriekrupp.com

March 15, 2007

By CM/ECF

The Honorable Mark L. Wolf
United States District Court
J. Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:    United States v. Jason Owens,
                 Criminal No. 05-10183-MLW

Dear Chief Judge Wolf:

      Pursuant to the Court's docket order dated March 2, 2007, and as follow-up to my letter dated February 16, 2007 (Docket #152), I am writing to inform you that it remains very likely that my client, Jason Owens, will not go forward with a trial. We are currently still in discussions about the terms of a plea agreement.

                                    Very truly yours,

                                    Peter B. Krupp

PBK:kag

cc:    Jason P. Owens
        All counsel of record (by CM/ECF)