UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| | **NO. 05-10183-MLW** |
| V. | |
| **JASON OWENS** | |
| Defendant(s) | |

### NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 HEARING on MARCH 22, 2007 at 4:00 P.M. before Chief Judge Wolf in Courtroom # 10 on the 5th floor.

SARAH A. THORNTON
CLERK OF COURT

**March 21, 2007**          By:   /s/ Dennis O'Leary
      Date                                Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                   [ntchrgcnf.]
                                           [kntchrgcnf.]