UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10183

| United States | Jason Qwens |
|---|---|
| PLAINTIFF | DEFENDANT |
| Robert Richardson | Peter Krupp |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

## CLERK'S NOTES

| DATES: | Rule 11 Hearing |
|---|---|
| 3/22/07 | Court has the parties correct and initial the plea agreement to reflect the correct counts. Defendant takes the stand and is sworn. Plea colloquy given. Plea agreement marked as exhibit 1 of today's date. Court states the maximum penalties for each count. Government summarizes the evidence it would have presented had the case gone to trial. Defendant pleads guilty to counts 1 and 4 of the superseding indictment. Court accepts the defendant pleas of guilty and directs the clerk to enter the same. Sentencing set for June 21, 2007 at 3:00 pm. Sentencing procedural order to issue. Court continues the defendant's release on the same conditions pending sentencing without objection by the government. |