UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
                         )          CRIMINAL NO. 05CR10183-MLW
v.                       )
                         )
ARTHUR BURGESS           )
                         )

WITNESS LIST OF DEFENDANT ARTHUR BURGESS

The defendant, Arthur Burgess, hereby gives notice that he may call any of the following witnesses in his case-in-chief:

1. Any witness whose name appears on the government's witness list;

2. Any witness whose name appearsw on Defendant Martin O'Brien's witness list;

3. Robert DiRienzo
   Boston Police

4. John Foundas
   Boston Police

5. Bernard O'Rourke
   Boston Police

6. Brian McManus
   Boston Police

7. Michael Bloomer

8. Jung Hee Lee

9. Jack Kelly

10.   Terrence McDonough
      Private Investigator


                          Respectfully submitted,

                          ARTHUR BURGESS
                          By his Attorney,


                          /s/Leslie Feldman-Rumpler
                          Leslie Feldman-Rumpler, Esq.
                          BBO # 555792
                          101 Tremont Street, Ste. 708
                          Boston, MA 02108
                          (617) 728-9944

                  CERTIFICATE OF SERVICE

     I, Leslie Feldman-Rumpler, hereby certify that I have this
day served the within document on all parties by electronic
filing transmission.


3/30/07                   /s/Leslie Feldman-Rumpler
Date                      Leslie Feldman-Rumpler