```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

```
UNITED STATES OF AMERICA  )
                          )
                          )   CRIMINAL NO. 05CR10183-MLW
v.                        )
                          )
ARTHUR BURGESS            )
                          )
```

EXHIBIT LIST OF DEFENDANT ARTHUR BURGESS

The defendant, Arthur Burgess, hereby gives notice that he intends to introduce the following exhibits in his case-in-chief at trial:

1. Boston Police Report.
   Bates #s 1308-1309

2. Chain of Custody
   Bates #s 356, 357

```
                              Respectfully submitted,

                              ARTHUR BURGESS
                              By his Attorney,


                              /s/Leslie Feldman-Rumpler
                              Leslie Feldman-Rumpler, Esq.
                              BBO # 555792
                              101 Tremont Street, Ste. 708
                              Boston, MA 02108
                              (617) 728-9944
```

CERTIFICATE OF SERVICE

I, Leslie Feldman-Rumpler, hereby certify that I have this day served the within document on all parties by electronic filing transmission.

```
3/30/07                       /s/Leslie Feldman-Rumpler
Date                          Leslie Feldman-Rumpler
```