UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.    )<br>)<br>**JASON OWENS (4) and** )<br>**PATRICK LACEY (5)**     ) | CRIMINAL NO. 05-10183-MLW |

### ASSENTED-TO MOTION TO CONTINUE SENTENCING

The government hereby moves, with the assent of defendants Jason Owens and Patrick Lacey, to continue the sentencing hearings of said defendants from the currently-scheduled date of June 21, 2007 to a date convenient to the Court in September 2007.  As grounds therefor, the United States states that each of defendant Owens and defendant Lacey pled guilty pursuant to a plea agreement that, among other things, provides that the United States Attorney will file a motion pursuant to U.S.S.G. § 5K1.1 (and, in the case of defendant Owens, pursuant to 18 U.S.C. § 3553(e)) if the United States Attorney, in his discretion, determines that the particular defendant has provided substantial assistance in the prosecution of another for a criminal offense.  Each of the three other defendants in this case – Dennis Quirk, Martin O'Brien, and Arthur Burgess – pled guilty on April 2, 2007, a date which otherwise would have been the first day of a trial at which defendants Owens and Lacey were expected to testify.  While the sentencing hearings for defendants O'Brien and Burgess are both scheduled for June 20, 2007, the sentencing hearing for defendant Quirk is not scheduled to take place until

August 22, 2007. The United States anticipates that, should the United States file a motion under U.S.S.G. § 5K1.1 as to one or both of defendants Owens and Lacey, the Court will wish to conduct their sentencing hearings after the Court has sentenced each of the other three defendants in this matter, including defendant Quirk. Accordingly, the United States respectfully moves this Court to continue the sentencing hearings of defendants Owens and Lacey to a date in September 2007.

Defendants Owens and Lacey have, through counsel, expressed their assent to the allowance of this motion.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                       By:  /s/ Robert E. Richardson
                           TIMOTHY Q. FEELEY
                           ROBERT E. RICHARDSON
                           Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 23, 2007.

                                      /s/Robert E. Richardson
                                      ROBERT E. RICHARDSON