UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10183-MLW |
| | ) | |
| JASON OWENS | ) | |

DEFENDANT'S ASSENTED-TO MOTION TO MODIFY
RELEASE CONDITIONS TO PERMIT WORK-RELATED TRAVEL

Under 18 U.S.C. § 3142(c)(3), defendant Jason Owens moves the Court to modify his release conditions to permit him to travel outside of Massachusetts for work with the prior approval of Pretrial Services. In support of this motion, Mr. Owens states as follows:

Mr. Owens has been on release for more than 17 months without incident. Mr. Owens' release conditions, as amended, currently require him to live at his mother's house. Mr. Owens has recently been hired as a food broker and will occasionally be required to travel outside of Massachusetts for his job.

Mr. Owens therefore requests the Court to modify his release conditions to allow him to travel outside of Massachusetts for the purposes of work, but only to do so with the prior approval of Pretrial Services, which shall approve Mr. Owens' itinerary and the duration of any such work-related trip.

All other conditions of Mr. Owens' present release conditions would remain unchanged.

The undersigned has discussed this proposed modification of Mr. Owens' release conditions with Mr. Owens' Pretrial Services Officer, September Lee Brown, who indicates that she has no objection to such a modification. The government, by Assistant U.S. Attorney Robert E. Richardson, assents to this motion.

For these reasons, Mr. Owens requests the Court to modify his release conditions to permit him to travel outside of Massachusetts for work with the prior approval of Pretrial Services, and for a duration approved by Pretrial Services.

                                                JASON OWENS
                                                By his attorney,

                                                / S /  Peter B. Krupp

Dated:  April 23, 2007                       Peter B. Krupp
                                                   B.B.O. #548112
                                                Lurie & Krupp, LLP
                                                One McKinley Square
                                                Boston, MA  02109
                                                Tel: 617-367-1970

## CERTIFICATE OF SERVICE

I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on April 23, 2007.

                                                / S /  Peter B. Krupp

                                                Peter B. Krupp