**JUDGE'S COPY**

**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
**PRETRIAL SERVICES**

JOHN R. RILEY
CHIEF PRETRIAL SERVICES OFFICER
UNITED STATES COURTHOUSE
ONE COURTHOUSE WAY, SUITE 1-300
BOSTON, MA 02210
TEL: 617-748-9213
FAX: 617-748-4114

**DO NOT SCAN**

1550 MAIN STREET, RM 534
SPRINGFIELD, MA 01103
TEL: 413-785-0251
FAX: 413-785-0264

595 MAIN STREET, RM 401
WORCESTER, MA 01608
TEL: 508-929-9940
FAX: 508-929-9944

May 17, 2007

Honorable Mark L. Wolf
Chief Judge, U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE: OWENS, Jason
CR#05-10183-004MLW
Release Status Letter

Dear Chief Judge Wolf:

Please refer to my previous correspondence dated March 22, 2007, concerning the above mentioned individual.

On March 22, 2007, Mr. Jason Owens appeared before Your Honor and entered a plea of guilty to counts one and five of a Second Superseding Indictment charging the defendant with Hobbs Act Robbery Conspiracy in violation of Title 18, U.S.C., Section 1951; and Felon in Possession of Firearms and Ammunition in violation of Title 18, U.S.C., Section 922(g)(1). At that time, Mr. Owens was released on a $300,000 bond secured by equity in his mother's property and the same restrictive conditions imposed on November 18, 2005, by the Honorable Leo T. Sorokin and as modified on September 27, 2006, by Your Honor.

On May 15, 2007, Ms. Lisa Duress, Mr. Owens' wife, contacted this officer and advised she had been granted a 209A Abuse Prevention Order emanating from South Boston District Court. Appended to this memorandum is a copy of the 209A Order issued on May 8, 2007. Ms. Duress advised that her next court appearance in South Boston District Court is scheduled for May 22, 2007, to extend the Order. Ms. Duress further advised this officer that she feels "her life is threatened" by the defendant.

*Allowed. A Warrant shall issue.*
*Wolf, D.J.*
*May 17, 2007*

Honorable Mark L. Wolf
U.S. District Court, Chief Judge
RE: OWENS, Jason
    CR#05-10183-004MLW

**Page 2**

On March 19, 2007, the defendant neglected to report by telephone to this office as required. This officer was unable to reach him at his residence and his cellular telephone had been temporarily turned off due to non-payment. This officer contacted Attorney Peter Krupp and advised him of this officer's inability to contact the defendant. Attorney Krupp advised he would attempt to reach the defendant.

On March 20, 2007, this officer contacted the defendant at his residence. The defendant had advised this officer that he forgot to report in on March 19, 2007, due to depression. He stated that he was attending counseling at the Chelsea Health Center, Chelsea, Massachusetts, with therapist Mr. Chris Link. This officer has yet to receive any verification from the defendant that he has been attending counseling.

It is noted, that the defendant has submitted to drug testing that have resulted negative for illegal drug use since his release on November 18, 2005, and has general reported as directed.

It should also be noted that the defendant has a conditions of release to "Notify Pretrial Services within 24 hours of any contact with Law Enforcement". Mr. Owens has not notified this officer of the 209A Order to date.

Due to the aforementioned, this officer is requesting that a warrant be issued and the defendant show cause why his bail should not be revoked.

SLB

Attach/

cc: Leo T. Sorokin, U.S. Magistrate Judge
    Robert Richardson, AUSA

Reviewed by:

*[signature: John R. Riley]*

John R. Riley, Chief
U.S. Pretrial Services Officer

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### PRETRIAL SERVICES

JOHN R. RILEY
CHIEF PRETRIAL SERVICES OFFICER
UNITED STATES COURTHOUSE
ONE COURTHOUSE WAY, SUITE 1-300
BOSTON, MA 02210
TEL: 617-748-9213
FAX: 617-748-4114

1550 MAIN STREET, RM 534
SPRINGFIELD, MA 01103
TEL: 413-785-0251
FAX: 413-785-0264

595 MAIN STREET, RM 401
WORCESTER, MA 01608
TEL: 508-929-9940
FAX: 508-929-9944

March 22, 2007

Honorable Mark L. Wolf
Chief Judge, U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE: OWENS, Jason
CR#05-10183-004MLW
Release Status Letter

Dear Chief Judge Wolf:

On June 17, 2005, Mr. Jason Owens appeared before the Honorable Leo T. Sorokin after being charged in a Criminal Complaint with Bank Robbery in violation of Title 18, U.S.C., Section 1951(a) and 2. At that time, the Government moved for detention and a hearing was scheduled for June 27, 2005.

On June 27, 2005, a detention hearing was held and the defendant was remanded to the custody of the U.S. Marshal Service upon a Order of Detention entered by U.S. Magistrate Judge Sorokin.

On August 2, 2005, the defendant appeared before U.S. Magistrate Judge Sorokin after being charged in Indictment CR#05-10183-004MLW in count one with Hobbs Act Robbery Conspiracy in violation of Title 18, U.S.C., Section 1951, and count four with Felon in Possession of Firearms and Ammunition in violation of Title 18, U.S.C., Section 922(g)(1). Mr. Owens entered a plea of not guilty to count one and four of the Indictment.

Honorable Chief Mark L. Wolf                - 2 -                March 22, 2007

On November 18, 2005, the defendant appeared before Your Honor for a Bail Review Hearing. As Your Honor is aware, the defendant was released on a $300,000 bond secured by equity in his mother's property and the following restrictive conditions:

1. Third party custodianship to the defendant's mother, Maureen Greatorex.
2. Maintain residence at 25 Admiral Way, Chelsea, Massachusetts, and not to move without the prior permission of the Court.
3. Electronic Monitoring
4. May leave residence for AA/NA meetings.
5. Must be in the presence of mother or police office if pre-approved by Pretrial Services when traveling out of residence to AA/NA meetings (mother/PO need not attend meetings.)
6. May only have visitors at residence when mother is present.
7. Random drug testing at the discretion of Pretrial Services.
8. Not to possess or abuse any type of controlled substances and no excessive use of alcohol.
9. Not to obtain a U.S. Passport.
10. Notify Pretrial Services within 24 hours of any contact with Law Enforcement.
11. Not to possess any weapons or destructive devices.
12. Bond to be forfeited if failure to appear and/or if found to be in violation of any conditions of release.

On September 27, 2006, Your Honor allowed a motion which removed the defendant from the condition of electronic monitoring. The defendant's conditions were additionally modified to include in person and telephone reporting each one time per week. The original bond and all other conditions of release remained as previously set.

Mr. Owens has been in compliance with his conditions of release. He has been regularly attending AA/NA meetings and has provided verification slips on a regular basis. He reports on his assigned days as required and all drug tests submitted by Mr. Owens have been met with negative results. This officer has additionally monitored Mr. Owens through quarterly Massachusetts Criminal History Systems Board checks which have been met with negative results.

Honorable Chief Mark L. Wolf      - 3 -      March 22, 2007

This is being provided to Your Honor for informational purposes.

Respectfully submitted,

September-Lee Brown
U.S. Pretrial Services Officer

SLB

cc: Robert Richardson, AUSA
    Peter Krupp, Esq.
    Allyson Lorimer-Crews, DCUSPO

Reviewed by:

Basil F. Cronin, Supervising
U.S. Pretrial Services Officer

| ABUSE PREVENTION ORDER (G.L. c. 209A) Page 1 of 2 | DOCKET NO. 0703 RO 89 | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|

| PLAINTIFF'S NAME | Defendant's Name and Address | Alias, if any | |
|---|---|---|---|
| Lisa Duress | Jason Owens 25 Admirals Way Chelsea, Ma. | | |
| NAME & ADDRESS OF COURT | | Date of Birth 4/14/71 | Place of Birth |
| South Boston Division Boston Municipal Court Department 535 East Broadway South Boston, MA 02127 617 268 8292 | | SS # | Daytime Phone # ( |
| | Sex xx M ☐ F | Mother's Maiden Name (First & Last) Maureen Burke | |
| | | Father's Name (First & Last) Patrick Owens | |

**VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE** punishable by imprisonment or fine or both.

**A. THE COURT HAS ISSUED THE FOLLOWING ORDERS TO THE DEFENDANT:** (only those items checked shall apply)

☒ This Order was issued without advance notice because the Court determined that there is a substantial likelihood of immediate danger of abuse.

☐ This Order was communicated by telephone from the Judge named below to:
Police Dept. _____ Police Officer _____

☒ 1. **YOU ARE ORDERED NOT TO ABUSE THE PLAINTIFF** by harming, threatening or attempting to harm the Plaintiff physically or by placing the Plaintiff in fear of imminent serious physical harm, or by using force, threat or duress to make the Plaintiff engage in sexual relations unwillingly.

☒ 2. **YOU ARE ORDERED NOT TO CONTACT THE PLAINTIFF**, except as permitted in 8 below or for notification of court proceedings as permitted in this section, either in person, by telephone, in writing or otherwise, either directly or through someone else, and to stay at least 50 yards from the Plaintiff even if the Plaintiff seems to allow or request contact. Notification of court proceedings is permissible only by mail, or by sheriff or other authorized officer when required by statute or rule.

☒ 3. **YOU ARE ORDERED TO IMMEDIATELY LEAVE AND STAY AWAY FROM THE PLAINTIFF'S RESIDENCE**, except as permitted in 8 below, located at __554 East Broadway So Bos__ or wherever else you may have reason to know the Plaintiff may reside. The Court also **ORDERS** you (a) to surrender any keys to that residence to the Plaintiff, (b) not to damage any belongings of the Plaintiff or any other occupant, (c) not to shut off or cause to be shut off any utilities or mail delivery to the Plaintiff, and (d) not to interfere in any way with the Plaintiff's right to possess that residence, except by appropriate legal proceedings.

☐ If this box is checked, the Court also **ORDERS** you to immediately leave and remain away from the entire apartment building or other multiple family dwelling in which the Plaintiff's residence is located.

☐ 4. **PLAINTIFF'S ADDRESS IMPOUNDED.** The Court **ORDERS** that the address of the Plaintiff's residence is to be impounded by the Clerk-Magistrate or Register of Probate so that it is not disclosed to you, your attorney, or the public.

☒ 5. **YOU ARE ORDERED TO STAY AWAY FROM THE PLAINTIFF'S WORKPLACE** located at __mgh 62 13th St Charlestown N. Yard__

☐ 6. **CUSTODY OF THE FOLLOWING CHILDREN IS AWARDED TO THE PLAINTIFF:**

| NAME | DOB | NAME | DOB |
|---|---|---|---|
| | | | |
| | | | |

☐ 7. **YOU ARE ORDERED NOT TO CONTACT THE CHILDREN LISTED ABOVE OR ANY CHILDREN IN THE PLAINTIFF'S CUSTODY LISTED BELOW**, either in person, by telephone, in writing or otherwise, either directly or through someone else, and to stay at least ___ yards away from them unless you receive written permission from the Court to do otherwise.
☐ You are also ordered to stay away from the following school, day care, other: _____

| NAME | DOB | NAME | DOB |
|---|---|---|---|
| | | | |
| | | | |

☐ 8. **VISITATION WITH THE CHILDREN LISTED IN SECTION 6 IS PERMITTED ONLY AS FOLLOWS** (may be ordered by Probate and Family Court only):
_____
☐ Visitation is only allowed if supervised and in the presence of _____ at the following times _____ to be paid for by _____
☐ Transportation of children to and from this visitation is to be done by _____ (third party), and not by you.
☐ You may contact the Plaintiff by telephone only to arrange this visitation.

☐ 9. **YOU ARE ORDERED TO PAY SUPPORT** for ☐ the Plaintiff and ☐ your child or children listed above, at the rate of $ ___ per ☐ week or per ☐ _____, beginning _____, 20 ___ ☐ directly to the Plaintiff ☐ through the Probation Office of this Court ☐ through the Massachusetts Department of Revenue ☐ by income assignment.

☐ 10. **YOU MAY PICK UP YOUR PERSONAL BELONGINGS** in the company of police at a time agreed by the Plaintiff.

☐ 11. **YOU ARE ORDERED TO COMPENSATE THE PLAINTIFF** for $ ___ in losses suffered as a direct result of the abuse, to be paid in full on or before _____ 20 ___ ☐ directly to the Plaintiff ☐ through the Probation Office of this Court.

☒ 12. **THERE IS A SUBSTANTIAL LIKELIHOOD OF IMMEDIATE DANGER OF ABUSE. YOU ARE ORDERED TO IMMEDIATELY SURRENDER** to the __Bost Chelsea__ Police Department all guns, ammunition, gun licenses and FID cards. Your license to carry a gun, if any, a your FID card, if any, are suspended immediately.
▶ You may ask the Court to change this Order by going to the Court and filing a petition. The Court will schedule a hearing on your petition.
▶ You must immediately surrender the items listed above, and also comply with all other Orders in this case, whether or not you file a petition.
▶ If you need a firearm, rifle, shotgun, machine gun, or ammunition for your job, you may ask for a hearing within two days.

☐ 13. **YOU ARE ALSO ORDERED**

The Plaintiff must appear at scheduled hearings, or this Order may be vacated. The Defendant may appear, with or without attorney, to oppose any extension or modification of Order. If the Defendant does not appear, the Order may be extended as determined by the Judge. For good cause, either the Plaintiff or the Defendant may request Court to modify this Order before its scheduled expiration date.

| ABUSE PREVENTION ORDER (G.L. c. 209A) Page 2 of 2 | DOCKET NO. 0703 RO 89 | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|

14. Police reports are on file at the _____ Police Department.

15. OUTSTANDING WARRANTS FOR THE DEFENDANT'S ARREST:
_____ (DOCKET #s) _____ (PCF #

☑ 16. An imminent threat of bodily injury exists to the petitioner. Notice issued to _Chelsea_ Police Department(s) by ☐ telephone ☑ other _____.

☑ **B. NOTICE TO LAW ENFORCEMENT.**
1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons), and make return of service to this Court. If this box is checked ☐, service may instead be made by leaving such copies at the Defendant's address shown on Page 1 but only if the officer is unable to deliver such copies in hand to the Defendant.
2. Defendant Information Form accompanies this Order.
3. Defendant has been served in hand by the Court's designee: Name _____ Date _____

| DATE OF ORDER | TIME OF ORDER | EXPIRATION DATE OF ORDER | NEXT HEARING DATE: | SIGNATURE/NAME OF JUDGE |
|---|---|---|---|---|
| 3/8/07 | 1455 PM | 22MAY07 5/22/07 at 4 P.M. | 22MAY07 at 9:00 AM | [signature] |

The above and any subsequent Orders expire on the expiration dates indicated. Hearings on whether to continue and/or modify Orders will be held on dates and times indicated.

**C. PRIOR COURT ORDER EXTENDED.**
After a hearing at which the Defendant ☐ appeared ☐ did not appear, the Court has ORDERED that the prior Order dated _____, 20____ shall continue in effect until the next expiration date below ☐ without modification ☐ with the following modification(s): _____

☐ Return of items ordered surrendered or suspended in A.12. on Page 1 presents a likelihood of abuse to the Plaintiff.

| DATE OF ORDER | TIME OF ORDER | EXPIRATION DATE OF ORDER | NEXT HEARING DATE |
|---|---|---|---|
| | A.M. / P.M. | at 4 P.M. | at ___ A.M. / P.M. in Courtroom ___ |

SIGNATURE/NAME OF JUDGE

**D. FURTHER EXTENSION.**
After a hearing at which the Defendant ☐ appeared ☐ did not appear, the Court has ORDERED that the prior Order dated _____, 20____ shall continue in effect until the next expiration date below ☐ without modification ☐ with the following modification(s): _____

☐ Return of items ordered surrendered or suspended in A.12. on Page 1 presents a likelihood of abuse to the Plaintiff.

| DATE OF ORDER | TIME OF ORDER | EXPIRATION DATE OF ORDER | NEXT HEARING DATE: |
|---|---|---|---|
| | A.M. / P.M. | at 4 P.M. | at ___ A.M. / P.M. in Courtroom ___ |

SIGNATURE/NAME OF JUDGE

**E. PRIOR COURT ORDER MODIFIED.**
Upon motion by the ☐ Plaintiff ☐ Defendant and after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear, the Court has ORDERED that the prior Order dated _____, 20____ shall be modified as indicated below: _____

☐ Return of items ordered surrendered or suspended in A.12. on Page 1 presents a likelihood of abuse to the Plaintiff.

| DATE OF ORDER | TIME OF ORDER | EXPIRATION DATE OF ORDER | NEXT HEARING DATE: |
|---|---|---|---|
| | A.M. / P.M. | at 4 P.M. | at ___ A.M. / P.M. in Courtroom ___ |

SIGNATURE/NAME OF JUDGE

**F. PRIOR COURT ORDER VACATED.**
This Court's prior Order is vacated. Law enforcement agencies shall destroy all records of such Order
☐ VACATED AT PLAINTIFF'S REQUEST.

| SIGNATURE/NAME OF JUDGE | DATE OF ORDER | TIME OF ORDER A.M. / P.M. |
|---|---|---|

FIRST OR CHIEF JUSTICE | A true copy, attest (Asst.) Clerk Magistrate (Asst.) Register of Probate

FA-1 (9/95)

| COMPLAINT FOR PROTECTION FROM ABUSE (G.L. c.209A) Page 1 of 2 | COURT USE ONLY - DOCKET NO. | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|

**A** | BOSTON MUNICIPAL COURT | DISTRICT COURT | PROBATE & FAMILY COURT | SUPERIOR COURT | DIVISION

**B** Name of Plaintiff (person seeking protection)
LISA DURESS   8/6/61

Name of Defendant (person accused of abuse)
Jason Owens

**C** Plaintiff's Address. DO NOT complete if the Plaintiff is asking the Court to keep it confidential. See K. 4. below.
554 East ~~Boston~~ Broadway

Daytime Phone No. ( ) 617 816 0996

If the Plaintiff left a former residence to avoid abuse, write that address here:

**G** Def. Date of Birth: 4/14/71
Defendant's Alias, if any
Defendant's Address: 25 ADMIRALS WAY Chelsea, MA
Day Phone ( )
Sex: ✓ M
Social Security #
Place of Birth: BOSTON
Defendant's Mother's Maiden Name (first & last): MAUREEN BURKE
Defendant's Father's Name (first & last): PATRICK OWENS

**D** ✓ I am over the age of eighteen.
☐ I am under the age of eighteen, and my _____ (relationship to Plaintiff) has filed this complaint for me.
The Defendant ☐ is ✓ is not under the age of eighteen.

**E** To my knowledge, the Defendant possesses the following guns, ammunition, firearms identification card, and/or license to carry:

**H** The Defendant and Plaintiff:
☐ are currently married to each other
☐ were formerly married to each other
☐ are not married but we are related to each other by blood or marriage; specifically, the Defendant is my _____
☐ are the parents of one or more children
☐ are not related but live in the same household
☐ were formerly members of the same household
☐ are or were in a dating or engagement relationship.

**F** Are there any prior or pending court actions in any state or country involving the Plaintiff and the Defendant for divorce, annulment, separate support, legal separation or abuse prevention? ✓ No ☐ Yes
If Yes, give Court, type of case, date, and (if available) docket no.

**I** Does the Plaintiff have any children? ✓ No ☐ Yes. If yes, the Plaintiff shall complete the appropriate parts of Page 2.

**J** On or about (dates) 3/8/07 I suffered abuse when the Defendant:
✓ attempted to cause me physical harm
☐ caused me physical harm
✓ placed me in fear of imminent serious physical harm
☐ caused me to engage in sexual relations by force, threat of force or duress

**K** THEREFORE, I ASK THE COURT TO ORDER:
✓ 1. the Defendant to stop abusing me by harming, threatening or attempting to harm me physically, or placing me in fear of imminent serious physical harm, or by using force, threat or duress to make me engage in sexual relations unwillingly
✓ 2. the Defendant not to contact me, unless authorized to do so by the Court.
✓ 3. the Defendant to leave and remain away from my residence which is located at:
☐ If this is an apartment building or other multiple family dwelling, check here
4. that my address be impounded to prevent its disclosure to the Defendant, the Defendant's attorney, or the public. Attach Request for Address Impoundment form to this Complaint.
✓ 5. the Defendant to leave and remain away from my workplace which is located at:
MGH - Charlestown Navy Yard 62 13th St.
6. the Defendant to pay me $ _____ in compensation for the following losses suffered as a direct result of the abuse:

You may not obtain an Order from the Boston Municipal Court or a District or Superior Court covering the following item 7 if there is a prior or pending Order for support from the Probate and Family Court
7. the Defendant, who has a legal obligation to do so, to pay temporary support for me.
8. the relief requested on page two of this Complaint pertaining to my minor child or children.
9. the following:

10. the relief I have requested, except for temporary support for me and/or my child(ren) and for compensation for losses suffered, without advance notice to the Defendant because there is a substantial likelihood of immediate danger of abuse. I understand that if the Court issues such a temporary Order, the Court will schedule a hearing within 10 court business days to determine whether such a temporary Order should be continued, and I must appear in Court on that day if I wish the Order to be continued.

DATE: 5/8/07   PLAINTIFF'S SIGNATURE: X [signature]
Please complete affidavit on reverse of this page