UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10183

| United States | Jason Owens |
|---|---|
| PLAINTIFF | DEFENDANT |
| | |
| Robert Richardson | Peter Krupp |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Revocation Hearing. |
|---|---|
| 6/6/07 | Defense counsel updates the court as to the reason why the defendant is in front of the court today related to pretrial services petition to issue a warrant. Defendant asks the court to continue his release on the conditions that were in place at the time of his plea with the additional condition that he stay away from his wife. Government argues that the court should keep imposed the conditions imposed by MJ Sorokin at the initial detention/revocation hearing. Court questions whether an evidentiary hearing is necessary. Government does not feel so. Government informs the court that it will be recommending a term of imprisonment at the sentencing. Court gives the defendant the option to testify. If not then the court will keep the current conditions in place pending the state case arising out of the 209A restraining order. Defendant declines to testify. Court keeps the current conditions in place. Written order to issue. Court addresses the defendant. |