UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JASON OWENS )  | CRIMINAL NO. 05-10183-MLW |

DEFENDANT'S ASSENTED-TO MOTION
TO MODIFY RELEASE CONDITIONS TO
ELIMINATE CONDITIONS ADDED ON MAY 21, 2007

Under 18 U.S.C. § 3142(c)(3), defendant Jason Owens moves the Court to modify his release conditions to eliminate the additional conditions imposed on May 21, 2007 (curfew, electronic monitoring, and bar on contact with Lisa Duress) and to return to the conditions on Mr. Owens' release which were in place prior to May 21, 2007. In support of this motion, Mr. Owens states as follows:

Prior to May 21, 2007, Mr. Owens was on release. On May 21, 2007, Mr. Owens was arrested on the request of Pretrial Services for an alleged violation of his release conditions, based on a 209A restraining order from the South Boston District Court obtained by Lisa Duress, Mr. Owens' wife, against Mr. Owens. On the same day, Magistrate Judge Sorokin released Mr. Owens on conditions amended to add a curfew from 10 p.m. to 6 a.m., electronic monitoring, and a bar on contact with Lisa Duress. A hearing on the alleged supervised release violation was scheduled before Chief Judge Mark L. Wolf on June 6, 2007.

On June 6, 2007, Chief Judge Wolf conducted a hearing on Pretrial Services' notice of a violation of release conditions. By the time of this hearing, a clerk-magistrate's hearing had been set for July 10, 2007 at the South Boston District Court to determine whether a criminal complaint should issue against Mr. Owens as a result of the allegations by Ms. Duress which

gave rise to the alleged violation of Mr. Owens' release conditions. (It was then-envisioned that the clerk's hearing on the complaint application would be continued due to defense counsel's vacation schedule.) At the hearing on June 6, Chief Judge Wolf left in place the modifications to the release conditions imposed by Magistrate Judge Sorokin on May 21, 2007, but entered the following order:

> 1. Jason Owens' Conditions of Release established by the Magistrate Judge on May 21, 2007 (Exhibit A) shall continue.
>
> 2. If after the hearing before the state Clerk-Magistrate now scheduled for July 10, 2007 a criminal complaint against Owens does not issue, the Conditions of Release shall be returned to those ordered on November 18, 2005, as modified on September 27, 2006. See Exhibit B.
>
> 3. If after that hearing a criminal complaint against Owens issues, he may nevertheless request a modification of his Conditions of Release. Any such request shall be decided by the Magistrate Judge if this court is not available.

Order (June 6, 2007) (Docket #250). At the time of this Order, the parties and the Court were under the belief that, despite Mr. Owens' denials of any wrongdoing, Ms. Duress would seek to maintain the restraining order and to have the South Boston District Court issue a criminal complaint against Mr. Owens.

On June 20, 2007, due to defense counsel's scheduled vacation, the South Boston District Court clerk's hearing that was originally scheduled for July 10, 2007 was rescheduled for July 26, 2007.

On June 26, 2007, Lisa Duress appeared before the South Boston District Court and requested that the restraining order that had been issued at her request against Mr. Owens be vacated. As indicated in the attached notice, the restraining order was vacated the same day. Since that time, the undersigned has spoken to Ms. Duress and learned that Ms. Duress does not

wish or intend to pursue any criminal charges against Mr. Owens and has so informed the Boston Police. Given the lifting of the restraining order and Ms. Duress' intention not to pursue any criminal charges against Mr. Owens, there is no reason to continue the additional conditions imposed on May 21, 2007.

Based on these recent developments, and it appearing that no criminal complaint will issue against Mr. Owens, the government, by Assistant U.S. Attorney Robert Richardson, assents to lifting the additional conditions imposed on May 21, 2007 and returning to Mr. Owens' conditions of release in effect prior to May 21, 2007.

For these reasons, Mr. Owens requests the Court to modify his release conditions to eliminate the additional conditions imposed on May 21, 2007 (curfew, electronic monitoring, and bar on contact with Lisa Duress) and to return to the conditions on Mr. Owens' release which were in place prior to May 21, 2007.

JASON OWENS
By his attorney,

/ S /  Peter B. Krupp

Dated: July 17, 2007

Peter B. Krupp
  B.B.O. #548112
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Tel:  617-367-1970

CERTIFICATE OF SERVICE

I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on July 17, 2007.

/ S /  Peter B. Krupp

Peter B. Krupp

| ABUSE PREVENTION ORDER (G.L. c. 209A) Page 2 of 2 | DOCKET NO. 0703 RO 89 | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|

14. Police reports are on file at the _____ Police Department.
15. OUTSTANDING WARRANTS FOR THE DEFENDANT'S ARREST: _____ (DOCKET #s) _____ (PCF #)
☑ 16. An imminent threat of bodily injury exists to the petitioner. Notice issued to __Chelsea__ _____ Police Department(s) by ☐ telephone ☑ other

☑ **B. NOTICE TO LAW ENFORCEMENT.**
1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons), and make return of service to this Court. If this box is checked ☐, service may instead be made by leaving such copies at the Defendant's address shown on Page 1 but only if the officer is unable to deliver such copies in hand to the Defendant.
2. Defendant Information Form accompanies this Order.
3. Defendant has been served in hand by the Court's designee: Name _____ Date _____

| DATE OF ORDER | TIME OF ORDER | | EXPIRATION DATE OF ORDER | NEXT HEARING DATE: 22May07 |
|---|---|---|---|---|
| 5/8/07 | 1455 | ☐ A.M. ☑ P.M. | 22May07 5/22/07 at 4 P.M. | at 9:00AM ☑ A.M. ☐ P.M. in Courtroom |

The above and any subsequent Orders expire on the expiration dates indicated. Hearings on whether to continue and/or modify Orders will be held on dates and times indicated.

SIGNATURE/NAME OF JUDGE

☑ **C. PRIOR COURT ORDER EXTENDED.**
After a hearing at which the Defendant ☐ appeared ☑ did not appear, the Court has ORDERED that the prior Order dated __5/8__ 20__07__ shall continue in effect until the next expiration date below ☑ without modification ☐ with the following modification(s):

_____

☐ Return of items ordered surrendered or suspended in A.12. on Page 1 presents a likelihood of abuse to the Plaintiff.

| DATE OF ORDER | TIME OF ORDER | | EXPIRATION DATE OF ORDER | NEXT HEARING DATE: 5/22/08 |
|---|---|---|---|---|
| 5/22/07 | 0943 | ☑ A.M. ☐ P.M. | 5/22/08 at 4 P.M. | at 9 ☑ A.M. ☐ P.M. in Courtroom |

SIGNATURE/NAME OF JUDGE

☐ **D. FURTHER EXTENSION.**
After a hearing at which the Defendant ☐ appeared ☐ did not appear, the Court has ORDERED that the prior Order dated _____, 20____ shall continue in effect until the next expiration date below ☐ without modification ☐ with the following modification(s):

_____

☐ Return of items ordered surrendered or suspended in A.12. on Page 1 presents a likelihood of abuse to the Plaintiff.

| DATE OF ORDER | TIME OF ORDER | ☐ A.M. ☐ P.M. | EXPIRATION DATE OF ORDER at 4 P.M. | NEXT HEARING DATE: at _____ ☐ A.M. ☐ P.M. in Courtroom |
|---|---|---|---|---|

SIGNATURE/NAME OF JUDGE

☐ **E. PRIOR COURT ORDER MODIFIED.**
Upon motion by the ☐ Plaintiff ☐ Defendant and after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear, the Court has ORDERED that the prior Order dated _____, 20____ shall be modified as indicated below:

_____

☐ Return of items ordered surrendered or suspended in A.12. on Page 1 presents a likelihood of abuse to the Plaintiff.

| DATE OF ORDER | TIME OF ORDER | ☐ A.M. ☐ P.M. | EXPIRATION DATE OF ORDER at 4 P.M. | NEXT HEARING DATE: at _____ ☐ A.M. ☐ P.M. in Courtroom |
|---|---|---|---|---|

SIGNATURE/NAME OF JUDGE

☑ **F. PRIOR COURT ORDER VACATED.**
This Court's prior Order is vacated. Law enforcement agencies shall destroy all records of such Order.
☑ VACATED AT PLAINTIFF'S REQUEST.

SIGNATURE/NAME OF JUDGE

WITNESS - FIRST OR CHIEF JUSTICE

| DATE OF ORDER | TIME OF ORDER | |
|---|---|---|
| 6/28/07 | 1307 | ☐ A.M. ☑ P.M. |

A true copy, attest (Asst.) Clerk Magistrate/ (Asst.) Register of Probate

FA 2a (9/95)