UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**CRIMINAL CASE**
**NO. 05-10183-MLW**

V.

**JASON OWENS and PATRICK LACEY**
        **Defendant(s)**

### NOTICE OF CANCELLATION/RESCHEDULING

**WOLF, D.J.**

1) **Please take notice that the SENTENCING HEARING scheduled for SEPTEMBER 12, 2007 at 2:30 P.M. has been RESCHEDULED for SEPTEMBER 6, 2007 at 2:30 P.M. before Chief Judge Wolf in Courtroom # 10 on the 5th floor.**

2) **If the parties would like to file any motions or other pleadings for the court to consider at sentencing they shall be filed by AUGUST 23, 2007. Any responses shall be filed by AUGUST 30, 2007.**

3) **Not less than five business days before the sentencing hearing, counsel are to advise the clerk if counsel for either party contends that an evidentiary hearing is necessary, and shall advise the clerk of the amount of time counsel expects would be required to complete the hearing.**

                                                            SARAH A. THORNTON
                                                            CLERK OF COURT

**July 31, 2007**                                By:    /s/ Dennis O'Leary
**Date**                                                  **Deputy Clerk**
**Notice to:**
**(crim-dispo-cancel.wpd - 7/99)**                [ntchrgcnf.][kntchrgcnf.]