UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10183-MLW |
| ) | |
| JASON OWENS ) | |

DEFENDANT'S ASSENTED-TO MOTION
TO MODIFY RELEASE CONDITIONS TO
PERMIT TRAVEL TO FLORIDA FOR ONE WEEK

Under 18 U.S.C. § 3142(c)(3), defendant Jason Owens moves the Court to modify his release conditions to permit him to travel to Florida for one week to visit and stay with his mother. In support of this motion, Mr. Owens states as follows:

Under Mr. Owens' present release conditions as modified, there is no explicit condition that bars Mr. Owens from traveling to Florida. Mr. Owens, however, was previously on home detention, although that condition was lifted, and is required to maintain his residence at his home in Chelsea. In an abundance of caution, at the suggestion of Pretrial Services, Mr. Owens seeks express permission from the Court authorizing him to travel to Florida for one week to visit his mother, who is there for several months.

At all times while in Florida, Mr. Owens would be staying with his mother. Mr. Owens would only travel on a schedule and itinerary pre-approved by Pretrial Services. All other current release conditions would remain in effect.

Mr. Owens has been on release for more than two years. He has been compliant with his release conditions.

The government, by Assistant U.S. Attorney Robert Richardson, and Mr. Owens' Pretrial Services Officer September Lee Brown, assent to this motion.

For these reasons, Mr. Owens requests the Court to allow him to travel to Florida for one week on a schedule and with an itinerary pre-approved by Pretrial Services.

JASON OWENS
By his attorney,

/ S /  Peter B. Krupp

Dated:  February 29, 2008

Peter B. Krupp
 B.B.O. #548112
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Tel: 617-367-1970

## CERTIFICATE OF SERVICE

I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, paper copies will be sent to those indicated as non registered participants, and a courtesy copy with be sent to Pretrial Services Officer September Lee Brown, on February 29, 2008.

/ S /  Peter B. Krupp

Peter B. Krupp