UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**CRIMINAL CASE NO. 05-10183-MLW**

V.

**PATRICK LACEY and JASON OWENS**
    **Defendant(s)**

**NOTICE OF CANCELLATION/RESCHEDULING**

**WOLF, D.J.**

1) **Please take notice that the SENTENCING HEARING has been SCHEDULED for MAY 5, 2008 at 2:00 P.M. before Chief Judge Wolf in Courtroom # 10 on the 5th floor.**

2) **If the parties would like to file any supplemental motions or other pleadings for the court to consider at sentencing they shall be filed by APRIL 22, 2008. Any responses shall be filed by APRIL 29, 2008.**

3) **Not less than five business days before the sentencing hearing, counsel are to advise the clerk if counsel for either party contends that an evidentiary hearing is necessary, and shall advise the clerk of the amount of time counsel expects would be required to complete the hearing.**

                                                                    **SARAH A. THORNTON**
                                                                    **CLERK OF COURT**

**April 3, 2008**                                By:    **/s/ Dennis O'Leary**
**Date**                                                **Deputy Clerk**
**Notice to:**
(crim-dispo-cancel.wpd - 7/99)                           [ntchrgcnf.][kntchrgcnf.]