UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10183

United States
PLAINTIFF

Jason Owens
John Baldo
DEFENDANT

Jonathan Mitchell

Glen Randall

COUNSEL FOR PLAINTIFF        COUNSEL FOR DEFENDANT

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 5/2/08 | Government informs the court that there are no victims present that would like to address the court. |
| | Court goes over the filings it received in connection with today's hearing.  Court calculates the guidelines for Lacey as follows: TOL 30, CH I, 976-121 months custody, 2-3 years supervised release, $15K-$150K fine and $200 special assessment fee.  Court makes the necessary rulings on the parties objections to the PSR as to Owens.  Court calculates the guidelines as to Owens as follows: TOL 31, CH VI, 188-235 months custody, 3-6 years supervised release, $15K-$150K fine and $200 special assessment fee.  Government recommends a 50% reduction in custody for both defendants recommending a sentence of 49 months as to Lacey and 94 months as to Owens.  Owens argues for a sentence of time served followed by a period of supervised release with a condition he participate in the drug court program.  Defendant Owens addresses the court.  Defendant Owens renews the motion to continue the sentencing at side bar.  Court reconsiders the motion and grants the motion to continue.  Court orders PTS to inform it promptly of any violation of Owens' conditions of release.  Defendant Lacey argues for a sentence of time served.  Defendant Laey addresses the court.  Court grants the government's motion for downward departure as to both counts and sentences the defendant to 30 months custody, followed by 36 months supervised release on the standard conditions plus the additional conditions imposed by the court.  Court does not impose a fine but does impose the mandatory special assessment fee of $200.00.  Defendant advised of his right to appeal to the extent that they have not been waived. Court gives its reasoning for the sentence from the bench. |