UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10183-MLW |
| | ) | |
| JASON OWENS | ) | |

DEFENDANT'S MOTION FOR TRANSCRIPT
TO BE PAID UNDER THE CRIMINAL JUSTICE ACT

    Defendant, Jason Owens, requests that the Court authorize payment by the United States under the Criminal Justice Act for a transcript of the sentencing-related hearing held on May 5, 2008. In support of this motion, Mr. Owens states that the requested transcript is necessary for Mr. Owens to prepare his defense. At the hearing on May 5, 2008, the Court suggested that the parties should order a copy of the transcript of the hearing. Mr. Owens has previously been declared indigent and is without sufficient funds to pay for the requested transcript.

                                             JASON OWENS
                                             By his attorney,

                                           / S / Peter B. Krupp

Dated: May 6, 2008                  Peter B. Krupp
                                             B.B.O. #548112
                                           Lurie & Krupp, LLP
                                           One McKinley Square
                                           Boston, MA 02109
                                           Tel: 617-367-1970

CERTIFICATE OF SERVICE

    I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on May 6, 2008.

                                             / S / Peter B. Krupp

                                           Peter B. Krupp